UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6028

CR - DIMITROULEAS

IN RE: GRAND JURY 99-01 FTL   )      UNDER SEAL
                              )
_____)      MAGISTRATE JUDGE
                                    SNOW

### MOTION TO SEAL INDICTMENT

The United States of America, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby moves this Court for an order sealing the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, this Motion to Seal, and Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation), and to order that these items remain sealed in the custody of the Clerk of the Court until such time as the defendant has been arrested. Sealing of the above-referenced documents is necessary because the defendant has not yet been arrested. If the defendant were to learn that he is named as a defendant, he might attempt to interfere with apprehension.

**WHEREFORE**, the United States respectfully requests that this Court order that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and the Sealing Order (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) be **SEALED** until the



defendant is arrested.

                    Respectfully submitted,

                    THOMAS E. SCOTT
                    UNITED STATES ATTORNEY

By: _____
       Matthew Menchel
       Court Id. No. A5500407
       United States Attorney's Office
       500 E. Broward Blvd., Suite 700
       Fort Lauderdale, Florida 33394
       Telephone: (954) 356-7255 ext. 3596
       Facsimile: (954) 356-7336