UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 00-6028

CR-DIMITROULEAS

IN RE: GRAND JURY 99-01 FTL   )
                              )   UNDER SEAL
_____)
                                  MAGISTRATE JUDGE
                                  SNOW

**ORDER TO SEAL**

    This cause comes before the Court on the Government's Motion to Seal. Considering the grounds raised in said motion, and the Court being otherwise advised on the premises:

    **IT IS HEREBY ORDERED** that the Indictment, Penalty Sheet, Certificate of Trial Attorney, Arrest Warrant, Bond Recommendation Sheet, Motion to Seal, and this Sealing Order in the above-captioned matter shall be sealed (except for copies to be used by law enforcement personnel during execution of their official duties in the investigation) and shall remain sealed in the custody of the Clerk of the Court until such time as the defendant is arrested.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 1st day of February, 2000.

                                                             _/s/ Lurana S. Snow_
                                                             U.S. MAGISTRATE JUDGE

cc:    AUSA Matthew Menchel

