UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. **00-6028**

26 U.S.C. §7201

*OF DIMITROULEAS*

UNITED STATES OF AMERICA )

vs. )

DAVID G. TRACY, )

                    Defendant. )

**MAGISTRATE JUDGE SNOW**

---

## INDICTMENT

The Grand Jury charges that:

### COUNT I

During the calendar year 1994, at Broward County, in the Southern District of Florida, the defendant,

**DAVID G. TRACY,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $53,000.00; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $12,000.00, whereupon the defendant,

**DAVID G. TRACY,**

beginning on or about April 4, 1994, and continuing until at least

on or about April 1, 1997, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $10,000.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing false W-4 Forms through his employer, the City of Hallandale, filing a false income tax return, and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

COUNT II

During the calendar year 1995, at Broward County, in the Southern District of Florida, the defendant,

**DAVID G. TRACY,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $56,000.00; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $13,000.00, whereupon the defendant,

**DAVID G. TRACY,**

on or about March 2, 1995, and continuing thereafter until at least on or about April 1, 1997, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $13,000.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing a false

W-4 Form through his employer, the City of Hallandale, filing a false income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.

<u>COUNT III</u>

During the calendar year 1996, at Broward County, in the Southern District of Florida, the defendant,

**DAVID G. TRACY,**

a resident of Fort Lauderdale, Florida, had and received taxable income in the sum of approximately $100,000.00; that upon said taxable income there was, owing to the United States of America, an income tax of approximately $28,000.00, whereupon the defendant,

**DAVID G. TRACY,**

on or about February 14, 1996, and continuing thereafter until at least on or about April 1, 1997, in the Southern District of Florida, did knowingly and willfully attempt to evade and defeat approximately $28,000.00 of the said income tax due and owing by him to the United States of America for said calendar year by filing a false W-4 Form through his employer, the City of Hallandale, filing a false income tax return and failing to pay the income tax due thereon, to any proper officer of the Internal

Revenue Service, as required by law, and otherwise concealing and attempting to conceal from all proper officers of the United States his true and correct income and tax due thereon; all in violation of Title 26, United States Code, Section 7201.


A TRUE BILL


FOREPERSON


THOMAS E. SCOTT
UNITED STATES ATTORNEY


MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.** _____ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| DAVID G. TRACY _____ | **Superseding Case Information:** |

**Court Division**: (Select One)

New Defendant(s)         ____ Yes ____ No
Number of New Defendants    ____
Total number of counts    ____

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:        (Yes or No)    _No_____
List language and/or dialect    _____

4.    This case will take    _4___    days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
(Check only one)                    (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | | ____ |
| II | 6 to 10 days | ____ | Minor | | ____ |
| III | 11 to 20 days | ____ | Misdem. | | ____ |
| IV | 21 to 60 days | ____ | Felony | | _X_ |
| V | 61 days and over | ____ | | | |

6.    Has this case been previously filed in this District Court? (Yes or No)    _No__
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No)    _No_____
If yes:
Magistrate Case No.    _____
Related Miscellaneous numbers:    _____
Defendant(s) in federal custody as of    _____
Defendant(s) in state custody as of    _____
Rule 20 from the    _____    District of    _____

Is this a potential death penalty case? (Yes or No)    _____No_____

7.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes
__ No    If yes, was it pending in the Central Region? _X_ Yes __ No

MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
Court Id. No. A5500407

*Penalty Sheet(s) attached

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**<u>PENALTY SHEET</u>**

Defendant Name:   <u>David G. Tracy</u>            Case No.: _____

=============================    ==========================================

Counts #I-III:
 Attempt to evade or defeat tax; 26:7201

*Max Penalty:   5 years' maximum imprisonment; $250,000 fine; costs of prosecution

_____


===========================================================================

Count #


_____


_____


**Max. Penalty:**
===========================================================================

Count #:


_____


_____


**Max. Penalty:**
===========================================================================


*Refers only to possible term of incarceration, does not  include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.