# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

DAVID G. TRACY,

## WARRANT FOR ARREST

TO:  **The United States Marshal
and any Authorized United States Officer**

CASE NUMBER:

# 00-6028

~R-DIMITROULEAS

YOU ARE HEREBY COMMANDED to arrest_____ DAVID G. TRACY _____

MAGISTRATE JUDGE
Name  SNOW

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)    tax evasion for the years 1994-1996

in violation of Title__26__ United States Code, Section(s)__7201_____

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

2-1-00 _____ Fort Lauderdale, Florida
Date and Location

Bail fixed at $75,000 Corp. Surety

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ DAVID GERRY TRACY _____

ALIAS: _____ NONE KNOWN _____

LAST KNOWN RESIDENCE: __5891 NE 21st LANE, Ft. Lauderdale, Fl _____

LAST KNOWN EMPLOYMENT: __City of Hallandale Fire Department _____

PLACE OF BIRTH: __Connecticut _____

DATE OF BIRTH: __October 14, 1947 _____

SOCIAL SECURITY NUMBER: 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 _____

HEIGHT: _____    WEIGHT:_____

SEX: __Male_____    RACE:_____

HAIR: _____    EYES:_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:_____

_____

INVESTIGATIVE AGENCY AND ADDRESS:____IRS CID, S/A _____

KARL VOELKER (954) 725- 1931, 300 Lock Road, Deerfield Beach, Florida 33442 _____