IRS-

# United States District Court

449531

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DAVID G. TRACY,

## WARRANT FOR ARREST

CASE NUMBER: 00-6028-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DAVID G. TRACY_____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   tax evasion for the years 1994-1996

in violation of Title __26__ United States Code, Section(s) __7201__

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $75,000 Corp. Surety

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

2-1-00   Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
Name of Judicial Officer

'00 FEB 9 AM 11:36

### RETURN

This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2/1/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 2/8/2000 | FOR: IRS | Fred Depompa, SDUSM |