UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # __55191-004__

UNITED STATES OF AMERICA )
    Plaintiff ) Case Number: CR __00-6028-Cr-Dimi__
) REPORT COMMENCING CRIMINAL
-vs- )   ACTION
)
__David G. Tracy__ )
   Defendant

FILED by ___ D.C.
FEB -8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office MIAMI (FT. LAUDERDALE) W. PALM BEACH
  U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __6:30__ (am)/pm

(2) Language Spoken: __English__

(3) Offense(s) Charged: __26-7201 Income Tax Evasion__

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: __10/14/47__

(6) Type of Charging Document: (check one)
  [X] Indictment [ ] Complaint To be filed/Already filed
  Case# __00-6028__

  [ ] Bench Warrant for Failure to Appear
  [ ] Probation Violation Warrant
  [ ] Parole Violation Warrant

  Originating District: __South Florida__

  COPY OF WARRANT LEFT WITH BOOKING OFFICER [X] YES [ ] NO

Amount of Bond: $ __75,000 Corp. Surity__
Who set Bond: __Magistrate Judge Lurana Snow__

(7) Remarks: _____

(8) Date: __2/8/00__ (9) Arresting Officer: __S/A Karl Voelker__
(10) Agency: __IRS/CID__ (11) Phone: __(954) 725-1931__
(12) Comments: __Prisoner very cooperative__