COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DAVID TRACY (J)     CASE NO: 00-6028-CR-DIMITROULEAS

AUSA: MATTHEW MENCHEL / Thompson ATTY:

AGENT: IRS/CID     VIOL: 26:7201

PROCEEDING I/A ON SEALED INDICT.     RECOMMENDED BOND 75,000 CSB

BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED

BOND SET @ 75,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: w/in 24 hours
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to: Cont US in connection w/ Red Cross
4) surrender passport to PTS by Noon on 2/9/00

Gov't ore tenus motion to unseal - Granted
Deft advised of Charges & will attempt
to hire his own Cnsl

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: 2-15  11  BSS

     PTD/BOND HRG:

     PRELIM/(ARRAIGN): 2-15  11  BSS

     REMOVAL HRG:

     STATUS CONF:

Date: 2/8/00    Time 11:00    FTL/LSS TAPE #00- 008    Begin: 852    End: 944

