UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID T. TRACEY,

    Defendant.
_____/



### ORDER

THIS CAUSE having been heard upon Defendant's <u>pro se</u> February 11, 2000 Motion To Dismiss/Quash and Notice of Defendant's Choice of Non-Lawyer Legal Assistant, the Court denies Defendant's Motion to Dismiss/Quash. The Court interprets Defendant's Notice of Defendant's Choice of Non-Lawyer Legal Assistant as a Motion to Allow Craig Klopenstine to participate in court proceedings, as such, it is DENIED. The Defendant may have a lawyer represent him or he may represent himself; the Court or the Magistrate Judge may conduct a <u>Faretta</u> hearing, if the Defendant seeks self-representation.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this ____ day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

David G. Tracy, Pro Se
PO Box 11638
Ft. Lauderdale, FL 11638

Matthew Menchel, AUSA

Honorable Lurana Snow, Chief Magistrate Judge