**COURT MINUTES**

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: David Tracy (B)  
AUSA: Matthew Menchel /Behnke/  
AGENT:  
PROCEEDING: Inquiry re Cousel/Arraignment  
BOND HEARING HELD - yes/no  
___ BOND SET @ ___  
CO-SIGNATURES:  
SPECIAL CONDITIONS:  

CASE NO: 00-6028-CR-Dimitrouleas  
ATTNY:  
VIOL:  
BOND REC:  
COUNSEL APPOINTED:  

FILED by ___ D.C.  
FEB 15 2000  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

Δ - wants to go pro se with friend as co-counsel — asks Ct. for more time / matter reset.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 2-29-00 | 11:00am | Snow ✓ |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 2-29-00 | 11:00am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 2-15-00  TIME: 11:00am / 12:00pm  TAPE # 00-013  PG # 1144-1608