COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DAVID TRACY (B)          CASE NO: 00-6028-CR-DIMITROULEAS
AUSA: MATTHEW MENCHEL /Cora    ATTY: _____
AGENT: _____             VIOL: _____
PROCEEDING INQ RE CNSL/ARRAIGNMENT    RECOMMENDED BOND _____
BOND HEARING HELD - yes/no            COUNSEL APPOINTED _____
___ BOND SET @ _____

*FILED by D.C. FEB 29 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

___ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:

*Deft refuses counsel — will not represent himself — referred to district judge for inquiry re counsel*

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:    N/A

Date: 2/29/00   Time 11:00   FTL/LSS TAPE #00- 010   Begin: 1690   End: 1908