UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6028-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

DAVID TRACY

**FILED by ___ D.C.**
**FEB 29 2000**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. FT. LAUD.**

<u>ARRAIGNMENT INFORMATION SHEET</u>

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on FEBRUARY 29,2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address:  <u>ON BOND FORM</u>

                    _____

                    Telephone:_____

DEFENSE COUNSEL:    Name:  <u>REFUSED COUNSEL-COURT ENTERED NOT</u>

                    Address:  <u>GUILTY PLEA ON DEFENDANT'S BEHALF</u>

                    _____

                    Telephone:_____

BOND SET/CONTINUED:  $<u>PERSONAL SURETY BOND CONTINUED</u>

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this<u>  29TH  </u>day of <u>  FEBRUARY  </u>,2000.

                    CLARENCE MADDOX
                    COURT ADMINISTRATOR/CLERK OF COURT

                    By:_____
                    Deputy Clerk

                    Tape No.<u>  00-010  </u>

cc: Copy for Judge
    U. S. Attorney

