UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

V.     CASE NO. 00-6028-CR-DIMITROULEAS

DAVID TRACY

TYPE OF CASE:     CRIMINAL

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **SET** AS FOLLOWS:

PLACE:
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

COURTROOM 203E
DATE & TIME:
**MARCH 10, 2000 AT 11:30 A.M.**

TYPE OF HEARING:     STATUS RE: COUNSEL

DATE: February 29, 2000

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

cc: Matthew Menchel AUSA
David Tracy
U.S. Pretrial Services

