# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by ___ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6028-CR-WPD    DATE: March 10, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    David Tracy

U.S. ATTORNEY: Matthew Menchel    DEFT. COUNSEL: David Tracy on himself

REASON FOR HEARING: Enquiry Re: Counsel

RESULT OF HEARING: Mr. Tracy challenges the jurisdiction of this Court. This is denied and not recognized by this Court. Deft seeks to have a non-lawyer represent him. Court gives deft the option to represent himself or to hire an attorney. If deft refuses either option Court will hold him in

JUDGMENT: Contempt.
Deft is found in Contempt of Court & is sentenced to

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: 3 months in prison w/ ~~contempt~~ possibility to purge himself allowing him to reduce that or eliminate that sent by changing his mind &/or cooperating.