UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID G. TRACEY,

    Defendant.
_____/

FILED by _____ D.C.
MAR 10 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon the Court's status conference regarding counsel, and the Court having conducted a hearing, finds as follows:

1. On February 1, 2000, the Grand Jury indicted the Defendant on three counts of income tax evasion.

2. On February 14, 2000, this Court denied Defendant's request for non-lawyer assistance [DE-13].

3. On February 15, 2000, Defendant told Magistrate Judge Seltzer that he needed more time [DE-14].

4. On February 29, 2000, Defendant told Magistrate Judge Snow that he refused both counsel and self-representation. The matter was referred to this court for inquiry. [DE-15].

5. On February 29, 2000, this Court set a status conference to determine counsel. [DE-19].

6. Trial is set for April 3, 2000. [DE-20].

7. At the status conference, the Defendant refused to answer the court's questions about



self-representation or counsel. He refuses to represent himself. He refuses legal counsel. He wants to pick a non-lawyer assistant, which this Court has denied. The Defendant's refusal to answer this Court's direct questions is direct criminal contempt. He is sentenced to three (3) months in prison. He may purge the contempt by notifying the Court that he is willing to answer questions about counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 10 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David G. Tracey
c/o U.S. Marshall's Office

and

David G. Tracey
P.O. Box 11638
Ft. Lauderdale, FL 33339

Matthew Menchel, AUSA