UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

   Plaintiff,

vs.

DAVID G. TRACEY,

   Defendant.
_____/



### ORDER

THIS CAUSE having come before the Court on Defendant, David G. Tracey's indication[1] to this Court that the Court could have appointed the Public Defender in this case, the Court will consider that indication to be a purge of the contempt order, and it is

ORDERED AND ADJUDGED that Mr. David G. Tracey be released from the custody of the U.S. Marshal's Service.[2] Steven Kreisberg is appointed to represent the Defendant.[3]

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

_____

[1] See page 16 of Defendant's March 13, 2000, Petition For Writ of Habeas Corpus, Case #00-6366-CIV-DIMITROULEAS.

[2] The same conditions of pre-trial release previously imposed remain.

[3] The Court retains jurisdiction at the end of the case to determine what, if any, attorneys fees the Defendant may be responsible for.



Copies furnished to:

David G. Tracey
P.O. Box 11638
Ft. Lauderdale, FL 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street, #400
Coconut Grove, FL 33133