CJA 20 (Rev. 4/96)

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. | VOUCHER NO. |
|---|---|---|---|
| 1 ☐ MAG.  2 ☒ DIST.  3 ☐ APPEALS  4 ☐ OTHER | | 00-06028-CR-WPD | 0859270 |

| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) | 6. LOC. CODE | 7. CHARGE/OFFENSE (U.S. or other code citation) | 7A. CASE CODE |
|---|---|---|---|---|
| | District SD/FL | FLSFL | | |

| 8. IN THE CASE OF | 9. PERSON REPRESENTED (FULL NAME) | 9A. NO. REPRES. |
|---|---|---|
| United States vs Tracey | David G. Tracey | 1 |

**10. PERSON REPRESENTED (STATUS)**
1 ☒ DEFENDANT—ADULT   3 ☐ APPELLANT   5 ☐ OTHER
2 ☐ DEFENDANT—JUVENILE 4 ☐ APPELLEE

**11. PROCEEDINGS (Describe briefly)**
Pre-Trial, Trial, etc.

**12. PAYMENT CATEGORY**
A ☒ FELONY      C ☐ PETTY OFFENSE    E ☐ OTHER
B ☐ MISDEMEANOR D ☐ APPEAL

**13. COURT ORDER**
O ☒ Appointing Counsel    F ☐ Subs. for FD
C ☐ Co-Counsel            R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty.
Name of prior panel attorney _____
Appt. Date _____  Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

► [signature]
Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)

► 3/14/00      ► 3/13/00
Date of Order    Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
Steven Kreisberg, Esq.
3250 Mary Street, #400
Coconut Grove, FL 33133

**15. WORK PHONE**

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation? ☐ Yes ☒ No

**16B. SOCIAL SECURITY NO.** (Only provide per Instructions)
**16C. EMPLOYER I.D. NO.** (Only provide per Instructions)
**16D. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

FILED by _____ D.C.
MAR 14 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = $70.00) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = $50.00) TOTAL HOURS = | | | $ |

| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | 19A. TOTAL TRAVEL EXP. $ |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20. GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No. _____ Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? _____ How much? _____ Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets. _____
I swear or affirm the truth or correctness of the above statements ►

► SIGNATURE OF ATTORNEY/PAYEE   ► DATE

## APPROVED FOR PAYMENT

| 22. IN COURT COMP. | 23. OUT OF COURT COMP. | 24. TRAVEL EXPENSE | 25. OTHER EXPENSES | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

| 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | DATE | 27A. JUDGE/MAG. CODE |
|---|---|---|
| 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | DATE | 29. TOTAL AMT. APPROVED |