UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID G. TRACEY,

    Defendant.
_____/

FILED by ___ D.C.
MAR 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon the Government's March 24, 2000 Joint Motion For Continuance, said motion is DENIED without prejudice to being renewed at Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of March, 2000.

                WILLIAM P. DIMITROULEAS
                United States District Judge

Copies furnished to:

David G. Tracey
P.O. Box 11638
Ft. Lauderdale, FL 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street, #400
Coconut Grove, FL 33133

