1

```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION
```

UNITED STATES OF AMERICA,   )   CASE NO. 00-6028-CR-WPD
                            )
        Plaintiff,           )
                            )
        -v-                  )
                            )
DAVID G. TRACY,              )
                            )   Fort Lauderdale, Florida
        Defendant.           )   March 10, 2000
                            )   11:30 a.m.

TRANSCRIPT OF HEARING

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          MATTHEW MENCHEL, ESQ.
                           Assistant United States Attorney
                           500 East Broward Boulevard
                           Suite 700
                           Fort Lauderdale, Florida 33394

                           DAVID G. TRACY
                           Appearing pro se


Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida 33301
                           954-769-5657



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE