UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID G. TRACEY,

    Defendant.
_____/

FILED by _____ D.C.
MAR 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's pro se March 28, 2000 Motion To Dismiss Fatally Defective Indictment [DE-28], and the Defendant having requested oral argument, said request for oral argument is DENIED. The Motion To Dismiss Fatally Defective Indictment is DENIED. See U.S. v. Ward, 833 F. 2d 1538 (11th Cir. 1988), cert. denied, 485 U.S. 1022 (1988).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
    Mr. David G. Tracey
    P.O. Box 11638
    Ft. Lauderdale, FL 33339

    Matthew Menchel, AUSA

    Steven Kreisberg, Esquire
    3250 Mary Street
    Coconut Grove, FL 33133-2007

