# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6028-CR-WPD    DATE: March 31, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    DAVID Tracy

U.S. ATTORNEY: Matthew Menchel    DEFT. COUNSEL: David Tracy / Steven Kreisberg

REASON FOR HEARING: Calendar call / Status conference

RESULT OF HEARING: The court has appointed Steven Kreisberg to represent the deft. Joint motion to continue granted. The time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 5/12/00    TIME: 9:00    FOR: Cal Call
MISC: 5/15/00    9:00    — Trial period