UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,     CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.
_____/

FILED by _____ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's <u>pro se</u> March 30, 2000 Motion For Stay Pending Review, said request is DENIED. The Petition is frivolous. The term "counsel" refers to a person authorized to practice law. <u>Tyrie v. U.S.</u>, 892 F. 2d 958, 959 (10th Cir. 1989). A litigant cannot play a "cat and mouse game" with the court in order to preserve an issue for appeal or to delay proceedings. <u>U.S. v. Romero</u>, 640 F. 2d 1014, 1016 (9th Cir. 1981)

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of March, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

<u>Copies furnished to:</u>
David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007

