UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's pro se April 3, 2000 Motion For Reconsideration [DE-35] of Order Denying Motion To Dismiss Fatally Defective Indictment [DE-30]; The Motion For Reconsideration is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of April, 2000.

                                      WILLIAM P. DIMITROULEAS
                                      United States District Judge

Copies furnished to:

David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007