

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF FLORIDA
Fort Lauderdale Division

UNITED STATES OF AMERICA,

    PLAINTIFF,

vs.

David G. Tracy, In Propria Persona

    DEFENDANT.
_____/

CASE NO. **00-6028**
CR- Dimitrouleas
Magistrate-Snow

## NOTICE OF APPEAL OF A FINAL ORDER OF A DISTRICT COURT

Notice is hereby given that, David G. Tracy, In Propria Persona, in the above styled case hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment denying Defendant's Motion for Rehearing of Motion to Dismiss Indictment entered on April 4, 2000, and from the related final judgment denying Defendant's Motion to Dismiss Indictment entered on March 30, 2000. The orders are attached hereto.

1

## CERTIFICATE/PROOF OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was deposited in the U.S. Mail with sufficient postage affixed to ensure first class delivery to the following persons on this the 13th Day of April, 2000:

Honorable William P. Dimitrouleas,

Southern District of Florida

300 East Broward Blvd.

Fort Lauderdale, Florida 33394

    United States District Court Judge.

Matthew I. Menchel, Esq.

500 East Broward Blvd., Suite 700

Fort Lauderdale, Florida 33394

    United States Assistant Attorney,

David Tracy,
In Propria Persona, Sui Juris,
POB 11638
Fort Lauderdale, Florida [33339]
(954) 398-3483

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,           CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID G. TRACEY,

    Defendant.
_____/

FILED by _____ D.C.

MAR 3 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's pro se March 28, 2000 Motion To Dismiss Fatally Defective Indictment [DE-28], and the Defendant having requested oral argument, said request for oral argument is DENIED. The Motion To Dismiss Fatally Defective Indictment is DENIED. See U.S. v. Ward, 833 F. 2d 1538 (11th Cir. 1988), cert. denied, 485 U.S. 1022 (1988).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30 day of March, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
    Mr. David G. Tracey
    P.O. Box 11638
    Ft. Lauderdale, FL 33339

    Matthew Menchel, AUSA

    Steven Kreisberg, Esquire
    3250 Mary Street
    Coconut Grove, FL 33133-2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,    CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.
_____/

FILED __ D.C.
APR 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's pro se April 3, 2000 Motion For Reconsideration [DE-35] of Order Denying Motion To Dismiss Fatally Defective Indictment [DE-30]; The Motion For Reconsideration is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007