UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,     CASE NO. 00-6028-CR-DIMITROULEAS

   Plaintiff,

vs.

DAVID TRACY,

   Defendant.
_____/

FILED by _____ D.C.
MAY 04 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE having been heard upon Defendant's <u>pro se</u> May 3, 2000 Motion To Quash Indictment and/or Plea in Abatement, the Court defers ruling for five (5) days to enable the Government to file a response, if any.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

<u>Copies furnished to:</u>

David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007

