UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,  CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.

_____/

FILED by _____ D.C.

MAY 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## ORDER

THIS CAUSE having been heard upon Defendant's pro se May 9, 2000 Motion For Stay, said motion is construed as a Motion To Continue and, as either one, is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ___ day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007