UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

*6C28*
CASE NO. 00-628-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| DAVID TRACY, | ) |
| | ) |
| Defendant. | ) |

### MOTION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the United States of America, by and through the undersigned Assistant

United States Attorney, and respectfully requests that the Court authorize the undersigned Assistant

United States Attorney to bring electronic equipment into the courtroom, to wit, video cassette

recorders (VCRs), television monitors, etc., for use in court proceedings.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
 for MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500507
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3596
Facsimile: (954) 356-7336

