## CRIMINAL MINUTES



FILED by _____ D.C.
MAY 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6028-CR-WPD    DATE: May 12, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    DAVID TRACY

U.S. ATTORNEY: Matthew Menchise    DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Govt Ready for Trial. Deft's motion for stay is Denied. Tracy address Court. Deft's motion for continuance is denied.

JUDGMENT: _____

CASE CONTINUED TO: 5/15/00    TIME: 1:00    FOR: Jury Selection & Trial Day 1

MISC: _____