UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6028-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) |  |
| ) Plaintiff, ) | FILED by _____ D.C. |
| ) | MAY 1 2 2000 |
| v. ) | CLARENCE MADDOX |
| ) | CLERK U.S. DIST. CT. |
| DAVID TRACY, ) | S.D. OF FLA. FT. LAUD. |
| ) Defendant. ) | |

## ORDER

THIS CAUSE comes before the Court on the government's motion to bring electronic equipment into the courtroom, to wit, video cassette recorders (VCRs), television monitors, etc., for use in court proceedings. Considering the grounds raised in the motion, and the Court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is granted.

DONE and ORDERED in chambers at Fort Lauderdale, Florida, this 12 day of May, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

CC: Madelen Merchel
Steven Kreisberg Esq.,
U.S. Marshal