UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-628-CR-DIMITROULEAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | |
| ) | |
| DAVID TRACY, ) | |
| ) | |
| Defendant. ) | |
| _____/ | |

## GOVERNMENT'S PROPOSED VOIR DIRE

The United States of America, by and through the undersigned Assistant United States Attorneys, hereby requests, pursuant to Fed. R. Crim. P. 24(a), that the Court include the following questions in its examination of prospective jurors. It also requests leave to tender such supplemental questions as may become necessary in light of the answers of the prospective jurors.

1. Do any of you hold strong personal or philosophical feelings about the tax system of the United States? If so, what are those feelings?

2. Do any of you have any disagreement with the idea that it is the duty of all citizens to obey the income tax laws, as well as all other laws of this country?

3. Do any of you disagree with the idea that the income tax laws of the United States are constitutional?

4. Are you, or is a close friend or relative, a member of, or affiliated with, any group or



organization, whether formal or informal, which is engaged in the study of or protest against the tax laws of the United States?

5. Have you or any members of your family had an experience with the Internal Revenue Service which might influence you in a case which involves the Internal Revenue Service? If so, please explain.

6. Have any of you, or a close friend or relative, ever been the subject of an Internal Revenue Service audit, had an IRS lien or levy imposed, been assessed a penalty by the IRS, or been the subject of an IRS or other governmental investigation?

If so:

- (a) How long ago?
- (b) What type of matter was it?
- (c) Was the matter resolved to your satisfaction?
- (d) Were you treated fairly by government officials? Did you see anyone treated unfairly by the government?
- (e) Do you hold any grudges against the government or against government officials?
- (f) Would your feelings prevent you from listening to the government's case fairly and impartially and rendering a verdict according to the evidence?

7. Have you or any members of your family been in federal tax court?

8. Do any of you prepare your own tax returns?

9. Do any of you have an accountant, lawyer, or a professional return preparer assist you in preparing your income tax returns?

2

10. Have any of you had any training in accounting, bookkeeping or law?    If so:

    (a)    What kind of training?

    (b)    Would your training affect your ability to follow the court's instructions on the law that should be applied in this case?

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: _____

MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY
COURT NO. A5500507
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
(954) 356-7255 ext 3596
(954) 356-7336 (fax)

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent via facsimile this 19th day of May, 2000 to:

Steven E. Kreisberg, Esquire
3250 Mary Street, Suite 400
Coconut Grove, Florida 33133
(305)442-0464 fax

BY: _____
MATTHEW MENCHEL
ASSISTANT UNITED STATES ATTORNEY