## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED D.C.
MAY 16

---

CASE NUMBER: 00-6028-cr-WPD    DATE: May 15, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    David Tracy

U.S. ATTORNEY: Matthew Menchel    DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Selection & Trial Day 1

RESULT OF HEARING: Jury Voir dire. Jury selected and sworn. Opening Statements.

JUDGMENT: _____

CASE CONTINUED TO: 5/16/00    TIME: 2:00    FOR: Day 2

MISC: _____

