## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED by ___ D.C.
MAY 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6028-CR-WPD     DATE: May 17, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     DAVID TRACY

U.S. ATTORNEY: Matthew Menchel     DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Trial Day 3

RESULT OF HEARING: Gov't's case in chief
Continued.     Gov't Rests.
Dft's Motion on Judgment of Acquittal
's Denied.

JUDGMENT: _____

CASE CONTINUED TO: 5/18     TIME: 1:00     FOR: Day 4

MISC: _____