**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6028-CR-WPD    DATE: May 18, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    David Tracy

U.S. ATTORNEY: Matthew Menchel    DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial day 5

RESULT OF HEARING: Gov't's case in chief Gov't rests. Deft's Rule 29 Motion for Judgment of Acquittal is Denied Charge Conference held

JUDGMENT: _____

CASE CONTINUED TO: 5/19/00    TIME: 1:30    FOR: day 5

MISC: _____