**CRITICAL MINUTES**

MAY 19 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6028-CR-WPD  DATE: May 19, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   _David Nacy_

U.S. ATTORNEY: _Matthew Menchel_  DEFT. COUNSEL: _Steven Kreisberg_

REASON FOR HEARING: _Jury Trial Day 5_

RESULT OF HEARING: _Closing Arguments._
_Court's instructions to Jury. Jury_
_Deliberations_

JUDGMENT: _____

CASE CONTINUED TO: _5/23_    TIME: _9:15_    FOR: _Day 6_

MISC: _____

