UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

CASE NO. 00-6028-CR-DIMITROULEAS

Plaintiff,

vs.

DAVID TRACY,

Defendant.
_____/

## O R D E R

THIS CAUSE having been heard upon Defendant's pro se May 19, 2000 Motion To

Dismiss [DE-57] and the Court having reviewed the Court file, finds as follows:

1. The motion is DENIED for the reasons set forth in this Court's order of May 19, 2000

[DE-56].

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

22 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy
P.O. Box 11638
Ft. Lauderdale, Florida 33339

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street
Coconut Grove, Florida 33133-2007

