**CRIMINAL MINUTES**

FILED D.C.
MAY 23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6028-CR-WPD     DATE: May 23, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     David Tracy

U.S. ATTORNEY: Matthew Menchel     DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial Day 6

RESULT OF HEARING: Jury Deliberations Continue. Court gives Allen Charge.

JUDGMENT: _____

CASE CONTINUED TO: Thurs. 5/25     TIME: 9:15     FOR: Day 7

MISC: _____

