**CRIMINAL MINUTES**

FILED _____ D.C.
MAY 25 [illegible]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00 6028-CR-WD   DATE: May 25, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  VS. David Tway

U.S. ATTORNEY: Matthew Menchel   DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial Day 7

RESULT OF HEARING:
Jury Deliberations Continue.

JUDGMENT: _____

CASE CONTINUED TO: 5/26/00   TIME: 9:15   FOR: Day 8

MISC: _____

