## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



MAY 26 2000

CASE NUMBER: 00-6028-CR-WPD    DATE: May 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    DAVID TRACY

U.S. ATTORNEY: Matthew Menchel    DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial Day 8

RESULT OF HEARING: Jury Deliberations Continue. Deft's motion for a mistrial is Denied. Portions of testimony read to Jury by the Court Reporter. Deliberations Continue.

JUDGMENT: _____

CASE CONTINUED TO: 5/31/00    TIME: 9:15    FOR: Day 9

MISC: _____

