## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS



FILED
MAY 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

CASE NUMBER: 00-6028-CR-WPD   DATE: May 31, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA vs. David Tracy

U.S. ATTORNEY: Matthew Menchel   DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial Day 9

RESULT OF HEARING: Court Reporter was testifying to jury. Jury Deliberations continue.

JUDGMENT: _____

CASE CONTINUED TO: 6/1/00   TIME: 9:15   FOR: Day 10

MISC: _____