## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
JUN 1 2000

CASE NUMBER: 00-6028-CR-WPD     DATE: June 1, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     David Tracy

U.S. ATTORNEY: Matthew Menchel     DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Jury Trial day - 10

RESULT OF HEARING: Jury Verdict Returned.
Not Guilty as to Count 1.
Guilty as to Count 3.
Mistrial Declared by Court as to Count 2.
Jury polled.
Wyatt Re

JUDGMENT: _____

CASE CONTINUED TO: 8/18/00     TIME: 10:30     FOR: Sentencing
MISC: 6/9/00 @ 9:00  CC on Ct 2
6/12/00 (u) 9:00 for 2 week trial period.