# United States District Court

_Southern_ DISTRICT OF _Florida_

USA v. DAVID TRACY

## EXHIBIT AND WITNESS LIST

CASE NUMBER: 00-6028-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Matthew Menchel | Steven Weisberg |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/15/00 5/16, 5/17 5/18 | Bob Ryckoff | Nick Carlton |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 5/16/00 | | | Corey Van Grenville |
| ✓ | | 5/16/00 | | | Mark Antonio |
| ✓ | | 5/16/00 | | | Maurice Baum |
| ✓ | | 5/16/00 | | | Dorothy Ellison |
| ✓ | | 5/17/00 | | | John Hucke |
| ✓ | | 5/17/00 | | | Marie Goldstein |
| ✓ | | 5/17/00 | | | Glenn Jackson |
| ✓ | | 5/17/00 | | | Robert Fishman |
| | ✓ | 5/18/00 | | | David G. Tracy |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | See attached list of exhibits |
| | | | | | |

Page 1 of ___ Pages

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 1 - 1 | Tracy Employment Application | Stipulated | 5/16/00 |
| 1 - 2 A - F | W - 4s David Tracy 1987 - 1996 | Mark Antonio | 5/16/00 |
| 1 - 3 A - D | W - 2s David Tracy 1993, 1994, 1995, 1996 | Mark Antonio | 5/16/00 |
| 1 - 4 | Personnel Report of David Tracy Showing Retirement | Mark Antonio | 5/16/00 |
| 1 - 5 | Payroll Checks 1994 | Mark Antonio/Dorothy Ellison | 5/16/00 |
| 1 - 6 | Payroll Checks 1995 | Mark Antonio/Dorothy Ellison | 5/16/00 |
| 1 - 7 | Payroll Checks 1996 | Mark Antonio | 5/16/00 |
| 1 - 8 | Notice of Levy 9/17/96 | Mark Antonio | 5/16/00 |
| 1 - 9 | Memorandum to Tracy re: Notice of Levy | Mark Antonio | 5/16/00 (исправ.) |
| 1 - 10 | W-8 Certificate of Foreign Status | Mark Antonio/Mark Goldstein | 5/16/00 |
| 1 - 11 | Affidavit of Tax Exempt Foreign Status | Mark Antonio/Mark Goldstein | 5/16/00 |
| 1 - 12 | Affidavit of Certificate of Exemption from Withholding | Mark Antonio/Mark Goldstein | 5/16/00 |
| 1 - 13 A, B, C | Affidavit & Letter from David Tracy declaring U.S. Citizenship | Mark Antonio | 5/16/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY  
CASE NO. 00-628-CR-DIMITROULEAS  
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE.  
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY  
MATTHEW MENCHEL  
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 2 - 1 | Letter 6/28/96 from Mark Goldstein re: Tracy | Mark Goldstein | 5/17/00 |
| 2 - 2 | Case - *Bierman v. IRS* | Mark Goldstein | 5/17/00 |
| 3 - 1 | Notice b/smissing typeset | " | 5/17/00 |
| 3 - 2 | Notice to David Tracy dated 5/22/95 | Gloria Jackson | 5/17/00 |
| 3 - 3 | Notice to David Tracy dated 6/12/95 | Gloria Jackson | " |
| 3 - 4 (cont) | Letter to David Tracy dated 6/26/95 | Gloria Jackson | 5/17/N |
| 3 - 5 | Notice of Deficiency dated 12/15/95 | Gloria Jackson | " |
| 3 - 6 | Letter to David Tracy dated 1/31/96 | Gloria Jackson | " |
| 3 - 7 | Letter to David Tracy dated 4/25/96 | Gloria Jackson | " |
| 3 - 8 | Notice to David Tracy dated 5/20/96 | Gloria Jackson | " |
| 3 - 9 | Transcript 1990 | Gloria Jackson | 5/17/00 |
| 3 - 10 | Transcript 1991 | Gloria Jackson | 5/17/00 |
| 3 - 11 | Transcript 1992 | Gloria Jackson | 5/17/00 |
| 3 - 12 | Transcript 1993 | Gloria Jackson | 5/17/00 |
| 3 - 13 | Transcript 1994 | Gloria Jackson | 5/17/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 3 – 14 | Transcript 1995 | Gloria Jackson | 5/17/00 |
| 3 - 15 | Transcript 1996 | Gloria Jackson | 5/17/00 |
| 3 - 16 | Transcript 1997 | Gloria Jackson | Y |
| 3 - 17 | Transcript 1998 | Gloria Jackson | N |
| 3 - 18 | | | |
| 3 - 19 | | | |
| 3 - 20 | 1991 1040 (tax form) | Gloria Jackson / Gary Van Grondelle | 5/16/00 |
| 3 - 21 | 1992 1040 (tax form) | Gloria Jackson | 5/17/00 |
| 3 - 22 | Correspondence sent by David Tracy to IRS Rec'd 7/11/95 | Gloria Jackson | '' |
| 3 - 23 | Correspondence sent by David Tracy to IRS Rec'd 7/12/95 | Gloria Jackson | '' |
| 3 - 24 | Correspondence sent by David Tracy to IRS Rec'd 7/18/95 | Gloria Jackson | '' |
| 3 - 25 | Correspondence sent by David Tracy to IRS Rec'd 7/18/95 | Gloria Jackson | '' |

## UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY  
CASE NO. 00-628-CR-DIMITROULEAS  
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,  
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY  
MATTHEW MENCHEL  
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 3 - 26 | Correspondence sent by David Tracy to IRS Rec'd 8/8/95 | Gloria Jackson | 5/17/00 |
| 3 - 27 | Correspondence sent by David Tracy to IRS Rec'd 1/11/96 | Gloria Jackson | y |
| 3 - 28 | Correspondence sent by David Tracy to IRS Rec'd 1/12/96 Non-statutory Abatement 12/29/95 Notice of Deficiency | Gloria Jackson | y |
| 3 - 29 | Correspondence sent by David Tracy to IRS Rec'd 2/7/96 Non Statutory Abatement 2/7/96 | Gloria Jackson | y |
| 3 - 30 | Correspondence sent by David Tracy to IRS Rec'd 5/7/96 Non Statutory Abatement 4/30/96 | Gloria Jackson | y |
| 3 - 31 | Correspondence sent by David Tracy to IRS Rec'd 6/4/96 Non Statutory Abatement 5/21/96 | Gloria Jackson | y |
| 3 - 32 | Correspondence sent by David Tracy to IRS Rec'd 6/6/96 Non Statutory Abatement 5/30/96 | Gloria Jackson | y |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 3 - 33 | Correspondence sent by David Tracy to IRS Rec'd 7/11/96 Non Statutory Abatement 6/18/96 | Gloria Jackson | 5/17/00 |
| 3 - 34 | Correspondence sent by David Tracy to IRS Rec'd 7/12/96 Notice to Beverly Stowell of Intent to Sue | Gloria Jackson | " |
| 3 - 35 | Correspondence sent by David Tracy to IRS Rec'd 7/12/99 Notice to Kevin McCarthy of Intent to Sue | Gloria Jackson | " |
| 3 - 36 | 1993  1040 (tax form) | Gloria Jackson | " |
| 3 - 37 | Correspondence sent by David Tracy to IRS Rec'd 8/27/97 | Gloria Jackson | " |
| 3 - 38 | 1994  1040 (tax form) | Gloria Jackson | 5/17/00 |
| 3 - 39 | Correspondence sent by David Tracy Rec'd 8/27/97 | Gloria Jackson | 5/17/00 |
| 3 - 40 | 1995 1040 (tax form) | Gloria Jackson | 5/17/00 |
| 3 - 41 | 1996 1040 (tax form) | Gloria Jackson | 5/17/00 |
| 3 - 42 | 1997 1040 (tax form) | Gloria Jackson | 5/17/00 |

## UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 3 - 43 | 1998 1040 (tax form) | Gloria Jackson | |
| 4 - 1 A B C | July, 1994 Bank Statement, Canceled Check # 3489 for $1,080.00 | Maurice Baum / Manny Rubal | 5/16/00 |
| 5 - 1 | 1993 Bank Statements, David & Bonnie Tracy | Manny Rubal Stipulation | 5/17/00 |
| 5 - 2 | 1994 Bank Statements David & Bonnie Tracy | Manny Rubal " | " |
| 5 - 3 | 1995 Bank Statements David & Bonnie Tracy | Manny Rubal " | " |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 6 - 1 A, B, C | CTR Report 12/1996 5 Cashiers Checks | Dorothy Ellison | 5/16/00 |
| 7 - 1 | Summary Schedule | Robert Fishman | 5/17/00 |
| 7 - 2 | 1996 1040 Instruction Booklet | Robert Fishman | |
| 7 - 3 | 1994 Publication 17 | Robert Fishman | |
| 7 - 4 | Blank W - 8 Form | Robert Fishman | |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| 8-1 | David Tracy's Passport Applications | John Hucke | 5/17/00 |
| 2-1-b | Passport Application Form DSP-11 | " | 5/17/00 |
| 2-1-c | brief | " | 5/17/00 |
| G-1 | appellate case | Tracy | 5/18/00 |
| A | | Antonio | |
| 6 | Nolle Pros E Levy (employee #H) | Antonio | |
| C | S 636L | | |
| the AP with I | Blower @ Back of Levy Return Receipt | Tracy " | 5/18/00 5/18/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| D | Cellreqeuirence | Tracy | 5/18/00 |
| E | Tape | Tracy | 5/18/00 |

# UNITED STATES EXHIBIT LIST

UNITED STATES V. DAVID TRACY
CASE NO. 00-628-CR-DIMITROULEAS
HONORABLE WILLIAM P. DIMITROULEAS, U.S. DISTRICT COURT JUDGE,
MAY 15, 2000

ASSISTANT UNITED STATES ATTORNEY
MATTHEW MENCHEL
TRIAL EXHIBIT LIST

| EXHIBIT NUMBER | DESCRIPTION | WITNESS | ADMITTED (Y/N) |
|---|---|---|---|
| | | | |