

00-6028-CR-WPD
USA v. DAVID TRACY
Jury notes

FILED by
JUN 1 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD



5-23-00

RE: DAVID G. TRACY

YOUR HONOR:

We, The Jury, are unable to come to an unanimous decision. Please advise us of our options. Thank you for your consideration.

Agnes T. Roland
Foreperson

5-25-00

RE: DAVID G. TRACY

We, The Jury, would Like To have DAVID TRACY'S Testimony starting with The CROSS - EXAMINATION Read To us, if possible. Thank you For your consideration.

Agnes T. Roland
FOREPERSON

5·25-00

Re: DAVID TRACY

Your Honor:

    We, the Jury, will adjourn until tomorrow morning 9:15.

                            Agnes T. Roland
                              FOREPERSON

05-26-00

RE: DAVID G. TRACY

YOUR HONOR:

We, the jury, would like to have the testimony of DAVID G. TRACY read to us when being questioned by his attorney.

ALSO, we must stop deliberations at 3:00 due to prior obligations.

THANK you for your considerations.

*Agnes T. Roland*
FOREPERSON

ALSO, one of us can not be here on Tuesday.

5-31-00

RE: DAVID G. TRACY

We, the Jury, have unanimous verdict on two of the counts. One count is not unanimous.

Agnes T. Roland
FOREPERSON

06-01-00

RE: DAVID G. TRACY

We, The Jury, cannot come to an unanimous decision on one of the counts. Thank you for your consideration.

Agnes T. Roland
Foreperson

06-01-00

RE: DAVID G. TRACY

We, the jury, must stop deliberations at 3:00 PM today due to a child care problem. Thank you for your consideration.

Agnes T. Roland
Foreperson