

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,
vs.   **VERDICT**

DAVID TRACY,

    Defendant.
_____/

WE, THE JURY, FIND: the Defendant, DAVID TRACY,

As to Count I      _NOT GUILTY_
                  GUILTY/NOT GUILTY

As to Count II      _____
                  GUILTY/NOT GUILTY

As to Count III      _GUILTY_
                  GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_Agnes T. Roland_           _06-01-00_
FOREPERSON                 DATE