# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6028-CR-WPD

vs.

DAVID TRACY
Defendant(s)

FILED _____ D.C.

JUN 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## *RELEASE OF EXHIBITS*

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _All Defendant's Exhibits_ _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _Given to AUSA_
PRINT NAME: _Matthew Menchel_
AGENCY OF FIRM: _U.S. Attorney_
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record