# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

vs.

DAVID TRACY
Defendant(s)

Case No. 00-6028-CR-WPD

FILED _____ D.C.

JUN [illegible]

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:  ☐ Miami  ☐ Ft. Lauderdale  ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): _All Government Exhibits_
   _____
   _____

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: _[signature]_
PRINT NAME: MATTHEW MENCHEL
AGENCY OF FIRM: USAO, FTL
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED
BY: _[signature]_
(Deputy Clerk)

ORIGINAL–Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record