## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6028-CR-WPD  DATE: June 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____  INTERPRETER: _____

UNITED STATES OF AMERICA  VS.  DAVID Tracy

U.S. ATTORNEY: Lynn Rosenthal / Matt Menchel    DEFT. COUNSEL: Steven Kreisberg

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Gvt has filed motion to dismiss Count II. Court grants motion. Orders passed out in Court.

JUDGMENT: _____

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: _____

