UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 00-6028-CR-DIMITROULEAS |
| Plaintiff, | ) |
| v. | ) |
| DAVID TRACY, | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses Count II of the Indictment against the defendant, David Tracy.

                                                                        _____
                                                                        GUY A. LEWIS
                                                                        UNITED STATES ATTORNEY

Date: June 8, 2000

                                                                        _____
                                                                        HON. WILLIAM P. DIMITROULEAS
                                                                        UNITED STATES DISTRICT JUDGE

cc:  AUSA Matthew Menchel
     Steven Kreisberg, Esq
     U.S. Marshal Service
     U.S. Probation Office