UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon a calendar call on June 8, 2000 and the Court having sua sponte raised the issue of counsel because of the Defendant's allegations of ineffective assistance of counsel (00-6759-CIV-DIMITROULEAS) and the Court having inquired of the Defendant regarding any wish to discharge counsel and there being none, Steven Kreisberg shall remain as counsel of record in this case to continue representation of the Defendant at sentencing and on appeal.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy #55191-004
c/o Federal Detention Center
33 N.E. 4th Street
Miami, Florida 33132



Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street, #400
Coconut Grove, Florida 33133