

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

**CASE NO: 00-6028**
**CR DIMITROULEAS**

David Tracy,
In Propria Persona, Sui Juris,
    Accused/Defendant.

**NOTICE OF APPEAL**

_____/

    Notice is hereby given that I, David G. Tracy, In Propria Persona, Defendant in the above named case, hereby appeals to the United States Court of Appeals for the 11th Circuit from the final judgment of guilt entered in this action on the 1st day of June, 2000.

David G. Tracy
C/O Miami-Dade.
Federal Detention Center
Miami, Florida
Florida [33339]
Pro Per, Defendant

FILING FEE
PAID
In Forma Pauperis
Clarence Maddox, Clerk

1