


Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

June 07, 2000

RE: 00-11936-DD USA v. David G. Tracy
DC DKT NO 00-06028 CR-WPD

TO: Clarence Maddox

CC: David G. Tracy

CC: Anne R. Schultz

CC: Matthew I. Menchel

CC: Administrative File



**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

**In Replying Give Number Of Case And Names of Parties**

June 07, 2000



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-11936-DD USA v. David G. Tracy
DC DKT NO.: 00-06028 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on May 31, 2000.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Alesha Warren (404) 335-6173

Encl.

-cr-06028-WPD Document 78 Entered on FLSD Docket 06/13/2000 P

155

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT




No. 00-11936-DD

UNITED STATES OF AMERICA, CR-6028-CR-WPD

Plaintiff-Appellee,

versus

DAVID G. TRACY,

Defendant-Appellant.

Appeal from the United States District Court for the Southern District Of Florida

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R 42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 7th day of June, 2000.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Alesha Warren
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-40