UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

CASE NO. 00-6028-CR-DIMITROULEAS

UNITED STATES OF AMERICA,            Magistrate Judge Snow

    Plaintiff,

vs.

DAVID G. TRACY,

    Defendant.

_____/

### MOTION FOR RELEASE PENDING SENTENCING AND INCORPORATED MEMORANDUM OF LAW

The Defendant, DAVID G. TRACY, through undersigned counsel, respectfully moves for the entry of an Order permitting Mr. TRACY's release on a personal surety bond pending sentencing herein, and in support thereof states:

1. On June 1, 2000, Mr. TRACY was found guilty of evading the payment of federal income taxes for the tax year 1996 in the approximate amount of $28,000, in violation of 26 U.S.C. §7201 (Count III). He was acquitted of Count I, and Count II has been dismissed. The Court remanded him into custody at that time.

2. The maximum prison sentence for the count of conviction is five (5) years. The Guidelines, however, which are found in U.S.S.G. §2T1.1 and the Tax Table in §2T4.1, are based upon the amount of "tax loss," -- i.e., "the total amount of loss that was the object of the offense," or more specifically in this case, "the amount of tax that the taxpayer owed and did not pay." §2T1.1(c)(1)



and (3). Any applicable interest and penalties are not included in the tax loss (id., Application Note 1). Accordingly, the tax loss involved in the count of conviction ($28,000), has an Offense Severity Level of **12** (§2T4.1). Since Mr. TRACY has no significant criminal history -- the last incident occurring 30 years ago when he was 23 years of age -- he falls in Criminal History Category I, and thus his Guidelines are in the range of **10 to 16 months**. In fact, even if one bases the "tax loss" amount on all three counts of the Indictment (approximately $53,000) -- i.e., including the counts that were dismissed or of which Mr. TRACY was acquitted -- the Guideline range is still only **12 to 18 months** (TOL 13, CHC I).

3.  Mr. TRACY has no criminal record, except for a disorderly conduct/prowling charge as a juvenile and a joy-riding charge in 1970 (he was a passenger in a car that had been stolen by another youth). There have been no other arrests for the past thirty (30) years.

4.  Mr. TRACY, except for his time serving in the military, has been living in the South Florida area for the past **forty-five (45) years** -- that is, since he was 8 years of age (he is presently 52). His wife, father (his mother is deceased) and brother all live in Florida, and while his 25 year-old son is presently living and working in the Washington, D.C. area, he has advised undersigned counsel that he plans on returning to Florida shortly.

2

Mr. TRACY and his wife, Bonnie, have been married for 13 years. Mr. TRACY is a United States citizen, and has absolutely no connection -- remote or otherwise -- with any other country, except for the fact that he owns a vacant, undeveloped lot (.6 of an acre) in Mexico that he purchased as an investment some years ago for $5,000.

5.  Mr. TRACY attended Carol City High in Miami-Dade County, and while he left school before graduating, he subsequently earned his G.E.D. while in the service, his A.A. degree in Fire Science Technology and Administration from Miami-Dade Community College, and his Bachelor's degree in Labor Relations and Manpower Studies from Florida International University.

He also has received specialized training as a Cardio-Pulmonary Resuscitation Instructor and an Emergency Medical Technician, as well as in the area of the storage, transportation and disposal of hazardous materials.

6.  Mr. TRACY served honorably in the United States Army for 3 years.  He volunteered for combat duty in Viet Nam, but was assigned to serve as a nuclear missile crewman with the NATO forces in Italy.  He was awarded both the Good Conduct Medal and the National Defense Medal, as well as a special hardship duty citation.

7.  As the Court knows, Mr. TRACY served for 25 years (1971-1996) as a Firefighter with the City of Hallandale Beach, rising to

3

the rank of Battalion Chief and being honored by at least one Commendation for Outstanding Heroism. During his time with the Fire Department, he also served as Treasurer, Vice-President and President of Local 2238 of the International Association of Firefighters.

8. Since his retirement from the Fire Department, Mr. TRACY has utilized his skills and training by serving as an unpaid volunteer with the American Red Cross, responding to natural disaster areas to render aid and assistance. He has been called to serve, for example, in connection with Hurricane Georges in Puerto Rico (65 days), the Florida wild fires, and the Air Alaska disaster in California [copies of some of his performance evaluations are attached here as Exhibit "A"].

9. Mr. TRACY has known about the criminal investigation that led to his being charged herein since 1996, and he made no effort to abscond. In fact, he was in California on a Red Cross relief mission when he was advised, earlier this year, that charges had been filed, and he voluntarily and promptly returned from California to Fort Lauderdale to surrender himself.

10. Except for a period of a few days, Mr. TRACY was at liberty on a $75,000 personal surety bond from the time of his initial appearance herein until the conclusion of the jury trial. He made all required court appearances during that time, and otherwise fully complied with all of the conditions of his release.

4

11.    18 U.S.C. §3143(a) provides that except as to those convicted of a serious drug offense, an offense involving violence or an offense with a maximum punishment of death or life imprisonment, a convicted person who is facing jail time under the Guidelines shall be detained pending sentencing,

> unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c).

18 U.S.C. §3142(b), in turn, provides as follows:

> (b)    Release    on    personal recognizance or unsecured appearance bond. -- The judicial officer shall order the pretrial release of the person on personal recognizance, or upon execution of an unsecured appearance bond in an amount specified by the court, subject to the condition that the person not commit a Federal, State, or local crime during the period of release, unless    the    judicial    officer determines that such release will not reasonably assure the appearance of the person as required or will endanger the safety of any other person or the community.

Subsection (c) of §3142 provides that where the court determines that a personal recognizance bond will not suffice to accomplish those stated objectives, the court may impose the least restrictive conditions -- such as a curfew, reporting to Pre-Trial Services, etc. -- to do so.

12.   It is respectfully submitted that in view of all of the
facts set forth above -- including Mr. TRACY's extensive and long-
standing ties to this community, his lack of any significant prior
criminal record, his military and volunteer service to the nation
and the community, his admirable work history, the fact that he is
not facing any prolonged period of incarceration, his voluntary
surrender to the authorities, and his full compliance with his pre-
trial conditions of release -- there is indeed "clear and
convincing evidence" that his release on a personal recognizance
bond would reasonably assure his appearance at sentencing and that
he would not present any danger to the community.   It is submitted
that the fact that his failure to appear at sentencing would result
in another charge [Failure to Appear, in violation of 18 U.S.C.
§3146(a) and (b)(A)(ii)], equally serious to the one of which he
was convicted, is alone sufficient to assure his appearance.

13.   If the Court for some reason does not believe that an
unsecured personal appearance bond would suffice, it could of
course add curfew or reporting conditions, or if necessary, require
that the appearance bond be co-signed by Stephen and Beatrice Tracy
-- Mr. TRACY's brother and sister-in-law.   They own their own home
in Davie, Florida, and have approximately $90,000 equity therein
(present market value of approximately $140,000, with a mortgage
balance of approximately $50,000).   They are willing to co-sign,
with the knowledge that they could lose their home if Mr. TRACY

does not appear for his sentencing.

14.    Undersigned counsel has discussed this matter with A.U.S.A. Matthew Menchel, who has not as of yet advised the undersigned of the government's position with respect to the relief requested herein, though he concedes that Mr. TRACY's release would not present a danger to the community.

**WHEREFORE**, it is respectfully moved that an order be entered by this Honorable Court, directing Mr. TRACY's release pending sentencing on the $75,000 personal recognizance appearance bond previously filed herein, or upon the filing of a new personal recognizance appearance in an amount and with such conditions as the Court deems appropriate.

Respectfully submitted,

Steven E. Kreisberg, Esquire
Attorney for Defendant TRACY
Fla. Bar No. 166819
3250 Mary Street
Suite 400
Coconut Grove, Florida  33133
(305) 442-4333

Attachment:  Exhibit "A"

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed and faxed this _16th_ day of June, 2000, to A.U.S.A.

Matthew Menchel, 500 East Broward Boulevard, Suite 700, Ft. Lauderdale, Florida 33394 [954-356-7336], and mailed to David Tracy, Reg. No. 55191-004, c/o Federal Detention Center, P.O. Box 019120, Miami, Florida 33101-9120.

Steven E. Kreisberg
**Steven E. Kreisberg**

8

David Tracy    DSHR Progress Sheet                December 7, 1998

| DR NUMBER | | ASSIGN | DATES | EVAULATION | DAYS |
|-----------|--|--------|-------|------------|------|
| Fla Wild Fires | DR-650 | GL/T | 07/10 - 07/17 | Satisfactory | 8 |
| Hurr. Georges FL/K | DR-760 | GL/T | 09/29 - 10/03 | Satisfactory | 5 |
| Hurr. Georges W/FL | DR-766 | GL/T | 10/04 - 10/12 | Specialist | 9 |
| Hurr. Georges W/FL | DR-766 | GL/O | 10/13 - 10/17 | Specialist | 5 |
| Hurr. Georges P.R. | DR-755 | GL/C | 10/21 - 10/26 | Coordinator | 6 |
| Hurr. Georges P.R. | DR-755 | GL/C | 10/21 - 11/11 | Satisfactory | 21 |
| Hurr. Georges P.R. | DR-755 | GL/C | 10/21 - 12/05 | Coordinator | 46 |

| | | | |
|--|--|--|--|
| DR-650 FL/Wild Fires | GL/T | 07/10 - 07/17 | 8 |
| DR-760 Hurr. Georges FL/Keys | GL/T | 09/29 - 10/03 | 5 |
| DR-766 Hurr. Georges W/FL | GL/T - GL/O | 10/04 - 10/17 | 14 |
| DR-755 Hurr. Georges P.R. | GL/C | 10/21 - 12/05 | 46 |

EXHIBIT "A"

**SECTION I**

Disaster Worker's Name __David Tracy__

Name of Unit of Affiliation __Broward__

Location __Fort Lauderdale, Florida__

| STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER |
|---|---|---|
| F L | 1 0 0 2 4 | 2 6 1 - 9 6 - 0 5 4 6 |

Personnel Classification (check one)

☒ Volunteer  ☐ Chapter Employee
☐ National Employee  ☐ National Disaster Reserve
☐ Other (specify) _____

**SECTION II**  6198

Name of Disaster __Florida Wild Fires__  DR No. __650__

Job Title or Duties on Disaster Operation
__Government Liaison Tech.__

Length of Time Above Position Was Held:
From __7/10/98__ to __7/19/98__  Days __8__

Length of Time Supervised by This Evaluator:  Days __8__
Place of Assignment(s): __Headquarters FL__

---

**SECTION III**  Overall Performance

| ☐ | ☐ | ☒ | ☐ |
|---|---|---|---|
| Clearly Unsatisfactory | Needs Improvement | Fully Successful | Exceeds Expectations |
| Performance is significantly below standards | Performance does not fully meet standards | Performance consistently meets and sometimes exceeds standards | Performance is exceptional and significantly exceeds standards |

---

**SECTION IV**  Supervisor's Comments

(Comments must support the rating - be specific and cite examples; include, as appropriate, recommendations on worker's future disaster operation assignments.)

David was assigned to DR650 Ngt as a Government Liaison technician permably as a mentoring opportunity. He quickly picked up the routines of the Government and assumed responsibility for most of the regular duties. He absorbed the material from the 3062, is a very thorough and incredibly rapid manner. David was instrumental in resolving several issues regarding mass care and family service. His background as a battalion chief and works in EOC's make him a natural for this function. He should be given every opportunity for further development in the GL function. I recommend that he be allowed to serve in high level positions on future operations.

Supervisor's Printed Name __Cail Rostosky__  Signature _____  Date __7-16-98__

---

**SECTION V**  Reviewer's Comments

☒ I concur with the evaluation and rating of the supervisor.

☐ I have modified the evaluation and/or rating of the supervisor as noted by my initials above for the following reasons:

Reviewer's Printed Name __Valerie R Tallman__  Signature _____  Date __6/15/98__

---

**SECTION VI**  Worker's Comments

(Your written comments are encouraged. If you do not wish to comment, write "None.")  I am very greatful for this opportunity to function as a GL Tech. I am also very aware of the benefit of being directed by Cail Rostosky. I have learned so much during this DR and I am looking forward to future opportunities for training + GL assignments.

Worker's Printed Name __David Tracy__  Signature _____  Date __7/16/98__

(Note: Your signature does not indicate agreement or disagreement with the evaluation, only that you have had an opportunity to review it.)

Name: David Tracy

of Affiliation: Broward

City: Ft. Lauderdale

| FL | 10024 | 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 |
|---|---|---|
| STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER |

UNIT CODE

Personnel Classification (check one)

☒ Volunteer  ☐ Chapter Employee
☐ National Employee  ☐ National Disaster Reserve
☐ Other (specify)_____

Name of Disaster: Hurricane George FL   DR No. 2c0

DSHR System Member: ☒ Yes  ☐ No

Function/Position: GL / Toch.

Assignment: SERT - Hope Field GL/T

DSHR System Specialty Track: GLO

Length of Time Above Position Was Held:

From: 9/29/98  to 10/3/98  Days: 5

Length of Time Supervised by This Evaluator: Days: 5

Place(s) of Assignment: Homestead - EOC/DRO/G

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION
☒ Satisfactory  ☐ Needs Improvement

### PERFORMANCE CRITERIA

| | Satisfactory | Needs Improvement * |
|---|---|---|
| **WORK REQUIREMENTS:** | | |
| Supports the objectives of the supervisor, relief operation, and the organization | ☒ | ☐ |
| Applies function regulations, procedures, and processes correctly | ☒ | ☐ |
| Exercises authority appropriate to assigned position | ☒ | ☐ |
| Carries out assigned tasks independently | ☒ | ☐ |
| · Exhibits flexibility and works well under stress and adverse conditions | ☒ | ☐ |
| · Exhibits good work habits, punctuality, and attendance | ☒ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| · Provides good customer service | ☒ | ☐ |
| · Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☒ | ☐ |
| · Demonstrates ability to work well with other staff | ☒ | ☐ |
| · Behaves in a professional manner both during and after work hours | ☒ | ☐ |

### SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position)

| | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| · Controls materials and supplies appropriately | ☐ | ☐ | ☒ |
| Solves problems creatively and initiates needed activities | ☐ | ☐ | ☒ |
| Assigns tasks clearly | ☐ | ☐ | ☒ |
| Submits accurate and timely reports | ☐ | ☐ | ☒ |
| Provides constructive feedback and evaluation to assigned staff | ☐ | ☐ | ☒ |
| Exhibits respect for staff assigned | ☐ | ☐ | ☒ |
| Is available to staff | ☐ | ☐ | ☒ |
| Budgets properly and manages delegated financial authority | ☐ | ☐ | ☒ |
| Requests staff appropriately | ☐ | ☐ | ☒ |
| Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☐ | ☐ | ☒ |

*Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.*

American Red Cross Form 5383 (Rev. 8-98)

Mr. Tracy has shown himself prepared and knowledgeable — and therefore, very useful in his function. — He served well, we encourage him to continue w/ the function.

Disaster training recommended to enhance or improve knowledge and skills:

Additional experience recommended to enhance or improve knowledge and skills:
as much as possible in and out of the state. —

Based upon performance on this relief operation I recommend the following for consideration: (check one)
☐ The staff member be promoted to the _____ position.
☒ The staff member continue at the same level.
☐ The staff member be placed in a position of lesser responsibility.
☐ The staff member not be assigned to future operations without further training/counseling.

Direct Supervisor's Name: John Young                    Title: SC/O

Direct Supervisor's Signature: John Young               Date: 10/3/98

Reviewer's Name: SELMA CHASTAINE                        Title: DiR

Technical Input Provided By–Name: _____  Title: _____

Reviewers' Comments: _____

Reviewer's Signature: Selma Chastaine                   Date: 10-3-98

Staff Member's Signature: _____       Date: 10/3/98
(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments:
This assignment was of a short duration but much was Learned. This was a great experience working with FSERT. Additionally, Working with Gardner Brown as FSf-6 was also a learning experience.

# American Red Cross

**DISASTER RELIEF OPERATION**
**WORK PERFORMANCE EVALUATION**

Name: David Tracy

Name of Disaster: Hurrican Georges  9/98 W/ FL    DR No. 766

Unit of Affiliation: Broward

DSHR System Member: ☑ Yes    ☐ No

City: Fort Lauderdale

Function/Position: GL-T

| FL | 1 0 0 2 4 | 2 6 1 - 7 6 - 7 5 4 6 |
|---|---|---|
| STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER |

Assignment ARC HQ Pensacola GL-T

DSHR System Specialty Track: GL

| | | | |
|---|---|---|---|

UNIT CODE

Length of Time Above Position Was Held:

Personnel Classification (check one)

From: 10/4/98 to 10/12/98 Days: 9

☑ Volunteer          ☐ Chapter Employee
☐ National Employee  ☐ National Disaster Reserve
☐ Other (specify)_____

Length of Time Supervised by This Evaluator: Days: 9

Place(s) of Assignment: ARC-HQ Pensacola, FL

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION

☑ Satisfactory          ☐ Needs Improvement

### PERFORMANCE CRITERIA

| | Satisfactory | Needs Improvement * |
|---|---|---|
| **WORK REQUIREMENTS:** | | |
| • Supports the objectives of the supervisor, relief operation, and the organization | ☑ | ☐ |
| • Applies function regulations, procedures, and processes correctly | ☑ | ☐ |
| • Exercises authority appropriate to assigned position | ☑ | ☐ |
| Carries out assigned tasks independently | ☑ | ☐ |
| • Exhibits flexibility and works well under stress and adverse conditions | ☑ | ☐ |
| • Exhibits good work habits, punctuality, and attendance | ☑ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| • Provides good customer service | ☑ | ☐ |
| • Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☑ | ☐ |
| • Demonstrates ability to work well with other staff | ☑ | ☐ |
| • Behaves in a professional manner both during and after work hours | ☑ | ☐ |

### SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position) N.A.

| | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| • Controls materials and supplies appropriately | ☐ | ☐ | ☐ |
| • Solves problems creatively and initiates needed activities | ☐ | ☐ | ☐ |
| • Assigns tasks clearly | ☐ | ☐ | ☐ |
| • Submits accurate and timely reports | ☐ | ☐ | ☐ |
| • Provides constructive feedback and evaluation to assigned staff | ☐ | ☐ | ☐ |
| • Exhibits respect for staff assigned | ☐ | ☐ | ☐ |
| • Is available to staff | ☐ | ☐ | ☐ |
| • Budgets properly and manages delegated financial authority | ☐ | ☐ | ☐ |
| • Requests staff appropriately | ☐ | ☐ | ☐ |
| • Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☐ | ☐ | ☐ |

*\* Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.*

American Red Cross Form 5383 (Rev. 8-98)

David Tracy transferred to DR766 from DR760 (FL. Keys)
He assisted the GL/O in the daily operation of the function
after the GL/AD was sent to SEOC/FEMA DFO. David
did an excellent job of learning procedures for dessemination
of information, maintaining files, doing follow-up calls, and
keeping contact with local EMA's, and with both SEOC and
FEMA. He has proved to be a highly motivated student.

Disaster training recommended to enhance or improve knowledge and skills:
SID AND FS II

Additional experience recommended to enhance or improve knowledge and skills:
Additional opportunities to serve in H.Q. and as
State EOC or FEMA DFO Liaison

Based upon performance on this relief operation I recommend the following for consideration: (check one)
☑ The staff member be promoted to the _Specialist_ position.
☐ The staff member continue at the same level.
☐ The staff member be placed in a position of lesser responsibility.
☐ The staff member not be assigned to future operations without further training/counseling.

Direct Supervisor's Name: David M. Schmitt,          Title: Gov. Liaison Officer
Direct Supervisor's Signature: _____          Date: 10/12/98

Reviewer's Name: Mary Lou Taylor          Title: Asst. Dir.

Technical Input Provided By–Name:_____          Title:_____

Reviewers' Comments: Thanks, looking forward working with again.

Reviewer's Signature: _____          Date: 10/12/98

Staff Member's Signature: _____          Date: 10/12/98
(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments: Greatful to have been assigned to work
with David Schmitt GLO. I have learned much under
his mentoring and look forward to the opportunity
to work with David in the future.

# **American Red Cross**

DISASTER RELIEF OPERATION
WORK PERFORMANCE EVALUATION
W  FLA 9/98

Name: __DAVID TRACY__

Name of Disaster: _HURRICANE GEORGES_ DR No. _766_

Unit of Affiliation:_____

DSHR System Member: ☑ Yes    ☐ No

City: __FORT LAUDERDALE__

Function/Position: __GOU LIAISON TECH__

| PL | 10024 | 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 |
|---|---|---|

STATE    CHAPTER CODE    SOCIAL SECURITY NUMBER

Assignment: __GOU LIAISON OFFICER__

DSHR System Specialty Track:_____

| | | | | | |
|---|---|---|---|---|---|

UNIT CODE

Length of Time Above Position Was Held:

Personnel Classification (check one)

From: _10_|_13_|_98_ to _10_|_17_|_98_ Days: _5_

☑ Volunteer              ☐ Chapter Employee
☐ National Employee    ☐ National Disaster Reserve
☐ Other (specify)_____

Length of Time Supervised by This Evaluator: Days:_5_

Place(s) of Assignment: _HQ  PENSACOLA, FLA._

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION

☑ Satisfactory              ☐ Needs Improvement

### PERFORMANCE CRITERIA

| | Satisfactory | Needs Improvement * |
|---|:---:|:---:|
| **WORK REQUIREMENTS:** | | |
| • Supports the objectives of the supervisor, relief operation, and the organization | ☑ | ☐ |
| • Applies function regulations, procedures, and processes correctly | ☑ | ☐ |
| • Exercises authority appropriate to assigned position | ☑ | ☐ |
| Carries out assigned tasks independently | ☑ | ☐ |
| • Exhibits flexibility and works well under stress and adverse conditions | ☑ | ☐ |
| • Exhibits good work habits, punctuality, and attendance | ☑ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| • Provides good customer service | ☑ | ☐ |
| • Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☑ | ☐ |
| • Demonstrates ability to work well with other staff | ☑ | ☐ |
| • Behaves in a professional manner both during and after work hours | ☑ | ☐ |

### SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position)

| | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|:---:|:---:|:---:|
| • Controls materials and supplies appropriately | ☐ | ☐ | ☑ |
| • Solves problems creatively and initiates needed activities | ☑ | ☐ | ☐ |
| • Assigns tasks clearly | ☑ | ☐ | ☐ |
| • Submits accurate and timely reports | ☑ | ☐ | ☐ |
| • Provides constructive feedback and evaluation to assigned staff | ☑ | ☐ | ☐ |
| • Exhibits respect for staff assigned | ☑ | ☐ | ☐ |
| • Is available to staff | ☑ | ☐ | ☐ |
| • Budgets properly and manages delegated financial authority | ☐ | ☐ | ☑ |
| Requests staff appropriately | ☐ | ☐ | ☑ |
| • Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☑ | ☐ | ☐ |

\* *Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.*

American Red Cross Form 5383 (Rev. 8-98)

David assumed the duties of GLIO upon the COB of the Officer and Assistant Officer. He did an excellent job of maintaining contact with the DFO as well as the local Western Chapters. There were several Family Service issues resolved as well as a smooth transition of this function to the area chapters and Capital Chapter in Tallahassee

Disaster training recommended to enhance or improve knowledge and skills:
Recommend SID and other service delivery courses,

Additional experience recommended to enhance or improve knowledge and skills:
Recommend Internship at the DOC (NHQ)

**Based upon performance on this relief operation** I recommend the following for consideration: (check one)

☑ The staff member be promoted to the _Spec. level_ position.

☐ The staff member continue at the same level.

☐ The staff member be placed in a position of lesser responsibility.

☐ The staff member not be assigned to future operations without further training/counseling.

Direct Supervisor's Name: MARY Lou TAYLOR            Title: Asst Dir

Direct Supervisor's Signature: Mary Lou Taylor        Date: 10/16/98

Reviewer's Name: Louise Kolbert               Title: Job Dir.

Technical Input Provided By–Name:_____            Title:_____

Reviewers' Comments:_Thanks for a job well done!_

Reviewer's Signature: Louise Kolbert           Date: 10/16/98

Staff Member's Signature:_____            Date: 10/16/98
(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments:_____

# American Red Cross

DISASTER RELIEF OPERATION
WORK PERFORMANCE EVALUATION

Name: David Tracy

Unit of Affiliation: Broward

City: Ft. Lauderdale

| | | | |
|---|---|---|---|
| STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER | |

UNIT CODE

Personnel Classification (check one)

☐ Volunteer ☐ Chapter Employee
☐ National Employee ☐ National Disaster Reserve
☐ Other (specify) _____

Name of Disaster: Hurricane Georges DR No: 755

DSHR System Member: ☒ Yes ☐ No

Function/Position: GL/S

Assignment: HQ Mayaguez F.R.C. / GC

DSHR System Specialty Trade: _____

Length of Time Above Position Was Held:

From: 10/21 to 10/26 Days: 6

Length of Time Supervised by This Evaluator: Days: 6

Place(s) of Assignment: HQ Mayaguez PR

OVERALL PERFORMANCE ON THIS RELIEF OPERATION

☐ Satisfactory ☐ Needs Improvement

## PERFORMANCE CRITERIA

|  | Satisfactory | Needs Improvement* |
|---|---|---|
| **WORK REQUIREMENTS:** | | |
| · Supports the objectives of the supervisor, relief operation, and the organization | ☑ | ☐ |
| · Applies function regulations, procedures, and processes correctly | ☑ | ☐ |
| · Exercises authority appropriate to assigned position | ☑ | ☐ |
| · Carries out assigned tasks independently | ☑ | ☐ |
| · Exhibits flexibility and works well under stress and adverse conditions | ☑ | ☐ |
| · Exhibits good work habits, punctuality, and attendance | ☑ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| · Provides good customer service | ☑ | ☐ |
| · Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☑ | ☐ |
| · Demonstrates ability to work well with other staff | ☑ | ☐ |
| · Behaves in a professional manner both during and after work hours | ☑ | ☐ |

## SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position)

|  | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| · Controls materials and supplies appropriately | ☐ | ☐ | ☐ |
| · Solves problems creatively and initiates needed activities | ☐ | ☐ | ☐ |
| · Assigns tasks clearly | ☐ | ☐ | ☐ |
| · Submits accurate and timely reports | ☐ | ☐ | ☐ |
| · Provides constructive feedback and evaluation to assigned staff | ☐ | ☐ | ☐ |
| · Exhibits respect for staff assigned | ☐ | ☐ | ☐ |
| · Is available to staff | ☐ | ☐ | ☐ |
| · Budgets properly and manages delegated financial authority | ☐ | ☐ | ☐ |
| · Orients staff appropriately | ☐ | ☐ | ☐ |
| · Mobilizes or administers the service delivery plan | | | |
| · Vacation plan and/or closing plan | ☐ | ☐ | ☐ |

*Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "Performance narrative" on the reverse side of this form.*

American Red Cross Form 1385 (Rev. 1-98)

**PERFORMANCE NARRATIVE:** (Attach an additional sheet if necessary)

DAVID HAS DEMOSTRATED GOOD SKILLS IN
COMMUNICATIONS, DIPLOMACY AND NEGOTIATION
HE HAS THE ABILITY TO EVALUATE SITUATIONS
AND RESPOND ACCORDINGLY. HE IS BOTH
INTUITIVE AND PERSONABLE. HE IS A WELCOME
ADDITION TO THE LIAISON TEAM.

Disaster training recommended to enhance or improve knowledge and skills:

DMT

Additional experience recommended to enhance or improve knowledge and skills:

Based upon performance on this relief operation I recommend the following for consideration: (check one)

☑ The staff member be promoted to the ___Coordinator___ position.

☑ The staff member continue at the same level.

☐ The staff member be placed in a position of lesser responsibility.

☐ The staff member not be assigned to future operations without further training/counseling.

Direct Supervisor's Name: ___HELEN L. LAKE___    Title: ___GL-C___

Direct Supervisor's Signature: ___Helen L. Lake___    Date: ___10/26/98___

Reviewer's Name: _____    Title: _____

Technical Input Provided By–Name: _____    Title: _____

Reviewers' Comments: _____

Reviewer's Signature: _____    Date: _____

Staff Member's Signature: _____    Date: _____
(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments: _____

# American Red Cross

DISASTER RELIEF OPERATION
**WORK PERFORMANCE EVALUATION**

Name: _David Tracy_

Unit of Affiliation: _____

City: _____

| STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER |
|---|---|---|
| ☐☐ | ☐☐☐☐ | ☐☐☐-☐☐-☐☐☐☐ |

☐☐☐☐
UNIT CODE

Personnel Classification (check one)
- ☐ Volunteer
- ☐ National Employee
- ☐ Other (specify): _____
- ☐ Chapter Employee
- ☐ National Disaster Reserve

Name of Disaster: _H. George_ DR No. _755_

DSHR System Member: ☐ Yes  ☐ No

Function/Position: _LG/S_

Assignment: _____

DSHR System Specialty Track: _____

Length of Time Above Position Was Held:
From: _10/21_ to _11/1/98_ Days: _15_

Length of Time Supervised by This Evaluator: Days: _____

Place(s) of Assignment: _West George HQ_

---

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION
☑ Satisfactory          ☐ Needs Improvement

### PERFORMANCE CRITERIA

| | Satisfactory | Needs Improvement * |
|---|---|---|
| **WORK REQUIREMENTS:** | | |
| · Supports the objectives of the supervisor, relief operation, and the organization | ☑ | ☐ |
| · Applies function regulations, procedures, and processes correctly | ☑ | ☐ |
| · Exercises authority appropriate to assigned position | ☑ | ☐ |
| · Carries out assigned tasks independently | ☑ | ☐ |
| · Exhibits flexibility and works well under stress and adverse conditions | ☑ | ☐ |
| · Exhibits good work habits, punctuality, and attendance | ☑ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| · Provides good customer service | ☑ | ☐ |
| · Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☑ | ☐ |
| · Demonstrates ability to work well with other staff | ☑ | ☐ |
| · Behaves in a professional manner both during and after work hours | ☑ | ☐ |

### SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position)

| | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| · Controls materials and supplies appropriately | ☐ | ☐ | ☐ |
| · Solves problems creatively and initiates needed activities | ☐ | ☐ | ☐ |
| · Assigns tasks clearly | ☐ | ☐ | ☐ |
| · Submits accurate and timely reports | ☐ | ☐ | ☐ |
| · Provides constructive feedback and evaluation to assigned staff | ☐ | ☐ | ☐ |
| · Exhibits respect for staff assigned | ☐ | ☐ | ☐ |
| · Is available to staff | ☐ | ☐ | ☐ |
| · Budgets properly and manages delegated financial authority | ☐ | ☐ | ☐ |
| · Requests staff appropriately | ☐ | ☐ | ☐ |
| · Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☐ | ☐ | ☐ |

* Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.

American Red Cross Form 5385 (Rev. 8-98)

David has been on target in anticipating and meeting
situations head on. He has demonstrated a high level of
skill when dealing with officials unfamiliar with
our policies or structure. He also handles sensitive
changes in a calm, objective manner with
a great deal of confidence. I personally appreciate
the job David has done in the West. Thank you.

Disaster training recommended to enhance or improve knowledge and skills:

Additional experience recommended to enhance or improve knowledge and skills:
David should be considered for an EST #6 assignment.

Based upon performance on this relief operation I recommend the following for consideration: (check one)
☐ The staff member be promoted to the _____ position.
☒ The staff member continue at the same level.
☐ The staff member be placed in a position of lesser responsibility.
☐ The staff member not be assigned to future operations without further training/counseling.

| | | |
|---|---|---|
| Direct Supervisor's Name: Richard . Rerum | Title: Adm/DC | |
| Direct Supervisor's Signature: | Date: 11/11/82 | |
| Reviewer's Name: Burt Blumenfeld | Title: LG/40 | |
| Technical Input Provided By-Name: Burt Blumenfeld | Title: LG/40 | |

Reviewers' Comments: _____

| | |
|---|---|
| Reviewer's Signature: Burt Blumenfeld (by Phoe) | Date: 11/11/82 |
| Staff Member's Signature: | Date: 11/11/98 |

(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments: Richard was very supportive of the LG
function in Managua P.R. His leadership made my
job much less difficult. I hope to have other
opportunity to work together on future DR's

# American Red Cross

DISASTER RELIEF OPERATION
**WORK PERFORMANCE EVALUATION**

Name: David Tracy

Unit of Affiliation: Broward

City: Fort Lauderdale

FL | 3 | 1 | 0 | 0 | 2 | 4 | | 2 | 6 | 1 | - | 9 | 6 | - | 9 | 5 | 4 | 6 |

STATE | CHAPTER CODE | SOCIAL SECURITY NUMBER

UNIT CODE

Personnel Classification (check one)
- ☒ Volunteer
- ☐ National Employee
- ☐ Other (specify)_____
- ☐ Chapter Employee
- ☐ National Disaster Reserve

Name of Disaster: Hurr. Georges P.R. DR No. 255

DSHR System Member: ☒ Yes   ☐ No

Function/Position: GL/S

Assignment: GL - Mayaguez PR.

DSHR System Specialty Track: Government Liaison

Length of Time Above Position Was Held:

From: 10/21/98  to  12/5/98  Days: 46

Length of Time Supervised by This Evaluator: Days: 46

Place(s) of Assignment: Mayaguez HQ

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION
☒ Satisfactory   ☐ Needs Improvement

### PERFORMANCE CRITERIA

| | Satisfactory | Needs Improvement * |
|---|---|---|
| **WORK REQUIREMENTS:** | | |
| • Supports the objectives of the supervisor, relief operation, and the organization | ☒ | ☐ |
| • Applies function regulations, procedures, and processes correctly | ☒ | ☐ |
| • Exercises authority appropriate to assigned position | ☒ | ☐ |
| • Carries out assigned tasks independently | ☒ | ☐ |
| • Exhibits flexibility and works well under stress and adverse conditions | ☒ | ☐ |
| • Exhibits good work habits, punctuality, and attendance | ☒ | ☐ |
| **INTERPERSONAL SKILLS:** | | |
| • Provides good customer service | ☒ | ☐ |
| • Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☒ | ☐ |
| • Demonstrates ability to work well with other staff | ☒ | ☐ |
| • Behaves in a professional manner both during and after work hours | ☒ | ☐ |

### SUPERVISORY PERFORMANCE (applicable for staff serving in a supervisory position)

| | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| • Controls materials and supplies appropriately | ☐ | ☐ | ☐ |
| • Solves problems creatively and initiates needed activities | ☒ | ☐ | ☐ |
| • Assigns tasks clearly | ☒ | ☐ | ☐ |
| • Submits accurate and timely reports | ☒ | ☐ | ☐ |
| • Provides constructive feedback and evaluation to assigned staff | ☒ | ☐ | ☐ |
| • Exhibits respect for staff assigned | ☒ | ☐ | ☐ |
| • Is available to staff | ☒ | ☐ | ☐ |
| • Budgets properly and manages delegated financial authority | ☐ | ☐ | ☐ |
| • Requests staff appropriately | ☐ | ☐ | ☐ |
| • Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☒ | ☐ | ☐ |

* Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.

American Red Cross Form 5383 (Rev. 3-98)

was consistantly outstanding. The Regional Director highly praised his efforts in support of The Service Delivery Plan. He demonstrated a high level of problem solving skills and coast for courtesy as to motivate staff and for careful follow up in the resolution of a myriad of critical issues. He successfully established an Excellent Working Relationship with the 66 municipalities in his region and did it's final closing with 12 municipalities in The South. He mentored + Supervised an LDV as GL Functions. David is a energetic, pro active, knowledgeable + Skilling coordinator and should be promoted to That level immediate.

Disaster training recommended to enhance or improve knowledge and skills:

_____

_____

Additional experience recommended to enhance or improve knowledge and skills:
Further assignments at Coordinator level

_____

Based upon performance on this relief operation I recommend the following for consideration: (check one)

☑ The staff member be promoted to the __Coordinator__ position.

☐ The staff member continue at the same level.

☐ The staff member be placed in a position of lesser responsibility.

☐ The staff member not be assigned to future operations without further training/counseling.

Direct Supervisor's Name: Bertha Blumenfeld      Title: GL/AO

Direct Supervisor's Signature: _____      Date: 12/4/98

Reviewer's Name: Cherilyn Foley      Title: GLO

Technical Input Provided By-Name: _____      Title: _____

Reviewers' Comments: David demonstrated skills in communication and interpersonal situations which led to his success in this function and on this operation. Thanks David

Reviewer's Signature: Cherilyn Foley      Date: 12/7/98

Staff Member's Signature: _____      Date: 12/3/98
(Signature does not imply agreement, but indicates review has been conducted)

Staff Member's Comments: _____

_____

_____

_____

# American Red Cross

**DISASTER RELIEF OPERATION**

**WORK PERFORMANCE EVALUATION**

Name: David Tracy
Unit of Affiliation: Broward
City: Ft. Lauderdale
State: **FL**          Chapter Code: **10024**
Social Security Number: **261767546**
Unit Code:
Personal Classification (check one)
☒ Volunteer          ☐ Chapter Employee
☐ National Employee          ☐ National Disaster Reserve
☐ Other (specify)

Name of Disaster: Alaska Air Lines 01/00 /Cr    DR No. 285
DSHR System Member  ☒ Yes      ☐ No
Function/Position GL / AO
Assignment: GL / O
DSHR System Specialty Track: GL
Length of Time Above Position Was Held:
From: 2-1-00        To: 2-8-00        Days: 8
Length of Time Supervised by This Evaluator: Days: 8

Place(s) of Assignment: HQ / DOC (Recovery Site)

## OVERALL PERFORMANCE ON THIS RELIEF OPERATION
☒ Satisfactory          ☐ Needs Improvement

## Performance Criteria

|  | Satisfactory | Needs Improvement* |
|---|---|---|
| **WORK REQUIREMENTS:** |  |  |
| · Supports the objectives of the supervisor, relief operation, and the organization | ☒ | ☐ |
| · Applies function regulations, procedures, and processes correctly | ☒ | ☐ |
| Exercises authority appropriate to assigned position | ☒ | ☐ |
| · Carries out assigned tasks independently | ☒ | ☐ |
| · Exhibits flexibility and works well under stress and adverse conditions | ☒ | ☐ |
| · Exhibits good work habits, punctuality and attendance | ☒ | ☐ |
| **INTERPERSONAL SKILLS:** |  |  |
| · Provides good customer service | ☒ | ☐ |
| · Demonstrates respect for the ethnic, cultural, and physical diversity of the staff and community | ☒ | ☐ |
| · Demonstrates ability to work well with other staff | ☒ | ☐ |
| · Behaves in a professional manner both during and after work hours | ☒ | ☐ |

**SUPERVISORY PERFORMANCE** (applicable for staff serving in a supervisory position)

|  | Satisfactory | Needs Improvement* | Not Observed/Applicable |
|---|---|---|---|
| · Controls materials and supplies appropriately | ☐ | ☐ | ☒ |
| · Solves problems creatively and initiates needed activities | ☒ | ☐ | ☐ |
| · Assigns tasks clearly | ☒ | ☐ | ☐ |
| · Submits accurate and timely reports | ☒ | ☐ | ☐ |
| · Provides constructive feedback and evaluation to assigned staff | ☒ | ☐ | ☐ |
| · Exhibits respect for staff assigned | ☒ | ☐ | ☐ |
| · Is available to staff | ☒ | ☐ | ☐ |
| · Budgets properly and manages delegated financial authority | ☐ | ☐ | ☒ |
| · Requests staff appropriately | ☒ | ☐ | ☐ |
| · Establishes or administers the service delivery plan, transition plan, and/or closing plan | ☒ | ☐ | ☐ |

\* *Items marked "Needs Improvement" require specific examples of deficiency and improvement recommendations documented in the "performance narrative" on the reverse side of this form.*

Performance Narrative: (Attach an additional sheet if necessary)

Dave met the task at hand with professionalism and knowledge providing the needed information to the job HQ. He was always very professional and courteous to all other staff and was always willing to provide requested information. He promptly informed job headquarters of all unusual, but important information, and routinely communicated status reports. Dave was an excellent representative of the Red Cross, making all the correct contacts at the scene, which resulted in HQ being kept infomed of all important events. He had excellent rapport with county, state and federal agencies on the scene which created an atmosphere of trust between the Red Cross and those agencies. He most readily volunteered to assist with other duties as during the Memorial held for the families at Pepperdine University. He is very aware and acts accordingly, of the sensitivity of this type of response and was always appropriate. He was one individual which could be a model to others through the professionalism he brought to the job. It was a pleasure to work with Dave and he was appreciated for being on the job.

Disaster training recommended enhancing or improving knowledge and skills:

Anything AIR Team related.

Additional experience recommended enhancing or improving knowledge and skills:

Another AIR Team response.

Based upon performance on this relief operation I recommend the following for consideration: (check one)
☐ The staff member be promoted to the _____ position.
☒ The staff member continues at the same level.
☐ The staff member be placed in a position of lesser responsibility
☐ The staff member not be assigned to future operations without further training/counseling

Direct Supervisor's Name  Mike Wemmer                          Title: 2-7-00

Direct Supervisor's Signature  *Mike Wemmer*                  Date: *Director*

Reviewer's Name :  Ann D. Miller                              Title:  Manager, Operations

Technical Input Provided By-Name:   Ceil Rostosky             Title:  Assoc., Govern. & Assoc.

Reviewer's Comments: *Concurrence via telephone 2-7-00*

Reviewer 's Signature _____       Date _____

Member's Signature _____         Date: 2/7/00
(Signature does not imply agreement, but indicated review has been conducted)

Member's Comments: This was a very well run operation
Mr. Wemmer was able + efficient to meet the demands
of this type of situation. Look forward to having the
opportunity to work on future assignments with him –