UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

    Plaintiff,

vs.

DAVID TRACY,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's June 19, 2000 Motion For Release Pending Sentencing, this Court defers ruling for five (5) days to await a response from the Government. No response will be considered a stipulation that release is appropriate.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy #55191-004
c/o Federal Detention Center
33 N.E. 4th Street
Miami, Florida 33132

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street, #400
Coconut Grove, Florida 33133