UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6028-CR-DIMITROULEAS

Plaintiff,

vs.

DAVID TRACY,

Defendant.
_____/



## ORDER

THIS CAUSE having been heard upon Defendant's June 19, 2000 Motion For Release Pending Sentencing [DE-81], and Defendant's pro se June 15, 2000 Motion for Release Pending Sentencing [DE-79], and having reviewed the Government's June 21, 2000 Response, release is DENIED. The Defendant has not shown by a clear and convincing evidence that he is not likely to flee. 18 U.S.C. § 3143(a)(1).

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of June, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy #55191-004
c/o Federal Detention Center
33 N.E. 4th Street
Miami, Florida 33132

Matthew Menchel, AUSA

Steven Kreisberg, Esquire
3250 Mary Street, #400
Coconut Grove, Florida 33133

