cr-06028-WPD     Document 87  FILED Entered on FLSD Docket 08/17/2000    P

AUG 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6028-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID G. TRACY,

    Defendant.

_____/

### RESCISSION OF PRE-SENTENCE AGREEMENT

    The purpose of this NOTICE is to bring to your attention that the Pre-Sentence Agreement submitted is not the same Pre-Sentence Agreement I executed on July 24, 2000. There are changes to the agreement, which I view as substantial, and which were done without my knowledge or authorization.

    Furthermore, T have since been informed that on June 26, 2000, the U.S. Supreme Court ruled that any "facts that increase the prescribed range of penalties to which a criminal defendant is exposed" must be submitted to a jury, and proved beyond a reasonable doubt. <u>Apprendi v. New Jersey</u>, 503 U.S. _____, 2000 WL 807189 at *13 (U.S. June 26, 2000). Because I have never been advised of the potential impact the Apprendi case might have on the government's ability to 'enhance' my sentence based on 'acquitted' and/or 'relevant' conduct, I feel it is not in my best interest to enter into this agreement.

    Therefore, through this 'RESCISSION OF PRE-SENTENCE AGREEMENT', I hereby formally retract and dissolve our previously agreed upon Pre-Sentence Agreement.

    **SIGNED AND DATED** THIS_____DAY OF August, 2000.

_____
DAVID G. TRACY, Defendant
c/o Federal Detention Center
Reg. NO. 55191-004
P.O. Box 019120
Miami, Florida 33101-9120



**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this _____ day of August, 2000, to A.U.S.A. Matthew Menchel, c/o U.S. Attorney, 99 NE 4th Street Miami, FL 33132 and to Steven E. Kreisberg, Attorney-at-Law, 3250 Mary Street, Coconut Grove, FL 33133.

```
                              _____
                              David G. Tracy-Defendant
                              c/o Federal Detention Center
                              Reg. NO. 55191-004
                              Miami, FL 33101-9120
```