**CRIMINAL MINUTES**

FILED by _____ D.C.

AUG 1 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6028-CR-WPD    DATE: 8/18/00

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Cooley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   David Tracy

U.S. ATTORNEY: Matthew Menchel   DEFT. COUNSEL: Steven Kreissberg

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; Count 3
18 months BOP, 3 years supervised
Release, no Fine, $100.00 Assessment

Court will not impose attorney's fees
Court recommends deft deft be designated to Prison Camp.
JUDGMENT: defts M/downward departure is Denied.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.
W-1 Robert Fishman

