UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6028-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

DAVID G. TRACY,

        Defendant.
_____/

## GOVERNMENT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT ("PSI")

The United States of America files this objection to the Presentence Investigation Report.[1] In paragraph 13, the PSI properly calculates the tax loss attributable to the defendant up to the year 1998. However, the PSI neglects to include tax year 1999. According to IRS records the defendant had a taxable income $36,334. Defendant did not file a tax return for this year nor did he file an extension to file. Defendant has a balance due of $7,373.

---

[1] The lateness of this filing is due solely to the defendant's reneging on an agreement it had with the government regarding a joint recommendation of sentence. Therefore, the defendant cannot now complain that the objection has been filed out of time.



This amount should be included in paragraph 13. Thus, the total tax loss should be $77,961.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY


    By: *[signature]*
        MATTHEW MENCHEL
        Assistant United States Attorney
        Court Id. No. A5500407
        99 N.E. 4th Street, # 400
        Miami, FL 33132-2111
        (305) 961-9124

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed this day, August 17, 2000, to:

Steven E. Kreisberg (attorney for defendant Tracy)
3250 Mary Street
Suite 400
Coconut Grove, Florida 33133
Fax: (305) 442-0464

Maria Luisa Monge
U.S. Probation Officer
300 N.E. 1st Avenue, Room 315
Miami, Florida 33132-2126
Fax: (305) 523-5496.

MATTHEW MENCHEL
Assistant United States Attorney