**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE UNITED STATES OF AMERICA, )
                               )   CASE NUMBER
              PLAINTIFF,        )   00-6028-CR-DIMITROLEAS
                               )
      VS.                      )
                               )
DAVID TRACY,                   )   THIS VOLUME:
                               )   PAGES 1 - 13
              DEFENDANT.        )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INQUIRY RE COUNSEL HAD BEFORE THE HONORABLE BARRY S. SELTZER, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON FEBRUARY 15, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:   SCOTT BEHNKE, A.U.S.A.

FOR THE DEFENDANT:    (NO COUNSEL PRESENT)

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**