**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

THE UNITED STATES OF AMERICA, )
                              )     CASE NUMBER
              PLAINTIFF,      )     00-6028-CR-DIMITROULEAS
                              )
     VS.                      )
                              )
DAVID TRACY,                  )     THIS VOLUME:
                              )     PAGES 1 - 7
              DEFENDANT.      )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF INQUIRY RE COUNSEL HAD BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON FEBRUARY 29, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    DAVID P. CORA, A.U.S.A.

FOR THE DEFENDANT:     (NO COUNSEL PRESENT)

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**