```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )   CASE NO.  00-6028-CR-WPD
                             )
            Plaintiff,       )
                             )
      -v-                    )
                             )
DAVID G. TRACY,              )
                             )   Fort Lauderdale, Florida
            Defendant.       )   May 16, 2000
_____)   2:00 p.m.

                          VOLUME 2

               TRANSCRIPT OF TRIAL PROCEEDINGS

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff            MATTHEW MENCHEL, ESQ.
                             Assistant U.S. Attorney
                             500 E. Broward Boulevard
                             Suite 700
                             Fort Lauderdale, Florida 33394


For the Defendant            STEVEN E. KREISBERG, ESQ.
                             3250 Mary Street
                             Suite 400
                             Coconut Grove, Florida  33133


Reporter                     ROBERT A. RYCKOFF
                             Official Court Reporter
                             299 East Broward Boulevard
                             Fort Lauderdale, Florida  33301
                             954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**