UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 00-6028-CR-WPD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -v- | ) | |
| | ) | |
| DAVID G. TRACY, | ) | |
| | ) | Fort Lauderdale, Florida |
| Defendant. | ) | May 18, 2000 |
| | ) | 1:02 p.m. |

VOLUME 4

TRANSCRIPT OF TRIAL PROCEEDINGS

BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

U.S. DISTRICT JUDGE

APPEARANCES:

| | |
|---|---|
| For the Plaintiff | MATTHEW MENCHEL, ESQ.<br>Assistant U.S. Attorney<br>500 E. Broward Boulevard<br>Suite 700<br>Fort Lauderdale, Florida 33394 |
| For the Defendant | STEVEN E. KREISBERG, ESQ.<br>3250 Mary Street<br>Suite 400<br>Coconut Grove, Florida 33133 |
| Reporter | ROBERT A. RYCKOFF<br>Official Court Reporter<br>299 East Broward Boulevard<br>Fort Lauderdale, Florida 33301<br>954-769-5657 |

THIS VOLUME:
Pages 1 - 156

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**