```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                     FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,     )  CASE NO.  00-6028-CR-WPD
                              )
              Plaintiff,      )
                              )
         -v-                  )
                              )
DAVID G. TRACY,               )
                              )  Fort Lauderdale, Florida
              Defendant.      )  May 19, 2000
_____)  1:27 p.m.

                           VOLUME 5

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS
                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        MATTHEW MENCHEL, ESQ.
                         Assistant U.S. Attorney
                         500 E. Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida 33394


For the Defendant        STEVEN E. KREISBERG, ESQ.
                         3250 Mary Street
                         Suite 400
                         Coconut Grove, Florida  33133


Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida  33301
                         954-769-5657
```

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**