```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,    )  CASE NO.  00-6028-CR-WPD
                             )
            Plaintiff,       )
                             )
        -v-                  )
                             )
DAVID G. TRACY,              )
                             )  Fort Lauderdale, Florida
            Defendant.       )  May 25, 2000
_____)  9:15 a.m.

                         VOLUME 7

              TRANSCRIPT OF TRIAL PROCEEDINGS

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                    U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         MATTHEW MENCHEL, ESQ.
                          Assistant U.S. Attorney
                          500 E. Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida  33394


For the Defendant         STEVEN E. KREISBERG, ESQ.
                          3250 Mary Street
                          Suite 400
                          Coconut Grove, Florida  33133


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE