```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,      )   CASE NO.  00-6028-CR-WPD
                               )
              Plaintiff,       )
                               )
         -v-                   )
                               )
DAVID G. TRACY,                )
                               )   Fort Lauderdale, Florida
              Defendant.       )   May 26, 2000
_____)   9:15 a.m.

                       EXCERPT - VOLUME 8

                  TRANSCRIPT OF TRIAL PROCEEDINGS

           BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff          MATTHEW MENCHEL, ESQ.
                           Assistant U.S. Attorney
                           500 E. Broward Boulevard
                           Suite 700
                           Fort Lauderdale, Florida 33394


For the Defendant          STEVEN E. KREISBERG, ESQ.
                           3250 Mary Street
                           Suite 400
                           Coconut Grove, Florida  33133


Reporter                   ROBERT A. RYCKOFF
                           Official Court Reporter
                           299 East Broward Boulevard
                           Fort Lauderdale, Florida  33301
                           954-769-5657
```

# NOT

# SCANNED

PLEASE REFER TO COURT FILE