UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia   30303

Date: November 7, 2000
USDC # 00-6028-CR-WPD
USCA # 00-11936-D

IN RE: **USA V. Tracy**

==================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      2_ Volumes of Pleadings
     14_ Volumes of Transcripts

     _X_ Exhibits:

        _1_ PSI (sealed)


Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
Signature

---

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                    LSS    CLOSED
                                                    INTAPP
                    U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6028-ALL

USA v. Tracy                                    Filed: 02/01/00
Dkt# in other court: None

Case Assigned to:  Judge William P. Dimitrouleas

DAVID G. TRACY (1) , DOB          Steven E. Kreisberg
10/14/47 Prisoner #55191-004       [term  08/21/00]
   defendant                      FTS 442-0464
  [term  08/21/00]                305-442-4333
                                  Suite 400
                                  [COR LD NTC cja]
                                  3250 Mary Street
                                  Coconut Grove, FL 33133-2007


Pending Counts:                   Disposition

26:7201.F ATTEMPT TO EVADE OR     Imprisonment 18 months;
DEFEAT TAX                        Supervised Release 36 months;
(3)                               Assessment $100.00
                                  (3)


Offense Level (opening): 4


Terminated Counts:                Disposition

26:7201.F ATTEMPT TO EVADE OR
DEFEAT TAX
(1)

26:7201.F ATTEMPT TO EVADE OR     Dismissed
DEFEAT TAX                        (2)
(2)


Offense Level (disposition): 4



Complaints:

   NONE



Docket as of November 6, 2000 11:37 am            Page 1
```

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                                 CLOSED INTAPP

DAVID G. TRACY, DOB 10/14/47 Prisoner #55191-004

        defendant


=========================

USA

        plaintiff


U. S. Attorneys:

  Matthew Menchel
  Below Address Terminated on 7/20/00
  FTS 356-7228
  954-356-7255
  [COR LD NTC]
  United States Attorney's Office
  500 E Broward Boulevard
  7th Floor
  Fort Lauderdale, FL 33394-3002
  954-356-7254

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                                CLOSED INTAPP

2/1/00    1      MOTION by USA  as to David G. Tracy to seal indictment
                 until arrest of defendant. (dd) [Entry date 02/02/00]

2/1/00    2      ORDER as to David G. Tracy  granting [1-1] motion to seal
                 indictment as to David G. Tracy until arrest of defendant.
                 (1) ( Signed by Ch. Magistrate Judge Lurana S. Snow on
                 2/1/00) CCAP [EOD Date: 2/2/00] CCAP* (dd)
                 [Entry date 02/02/00]                      Bsc. vol. 1

2/1/00   (3)     SEALED INDICTMENT as to  David G. Tracy (1) count(s) 1-3
                 (Criminal Category 1) (dd) [Entry date 02/02/00]

2/1/00    --     Magistrate identification:  Magistrate Judge Lurana S. Snow
                 (dd) [Entry date 02/02/00]

2/1/00   (4)      ARREST WARRANT issued as to David G. Tracy .    Warrant
                 issued by Ch. Magistrate Judge Lurana S. Snow    Bail fixed
                 at $75,000 Corp. Surety Requested (dd) [Entry date 02/02/00]

2/8/00    --     ARREST of David G. Tracy (ss) [Entry date 02/09/00]

2/8/00   (6)     REPORT Commencing Criminal Action as to David G. Tracy DOB:
                 10/14/47 Prisoner # 55191-004 (ss) [Entry date 02/10/00]

2/8/00   (7)     Minute of Initial Appearance on Sealed Indictment held on
                 2/8/00 before Ch. Magistrate Judge Lurana S. Snow as to
                 David G. Tracy; Inquiry re counsel/Arraignment 2/15/00 at
                 11:00; Court Reporter Name or Tape #: 00-008 @ 752-944 (ss)
                 [Entry date 02/10/00]

2/8/00    --     Initial appearance as to David G. Tracy held Arraignment
                 set for 11:00 2/15/00 for David G. Tracy (Defendant
                 informed of rights.) (ss) [Entry date 02/10/00]

2/8/00   (8)     ORDER as to David G. Tracy Unsealing Indictment (Signed by
                 Ch. Magistrate Judge Lurana S. Snow on 2/8/00) CCAP [EOD
                 Date: 2/10/00] CCAP* (ss) [Entry date 02/10/00]

2/8/00    --     Indictment unsealed as to David G. Tracy (ss)
                 [Entry date 02/10/00]

2/8/00   (9)     ORDER on Initial Appearance as to David G. Tracy Bond set
                 to $75,000 Personal Surety for David G. Tracy. Surrender
                 all passports and travel documents to Pretrial Services
                 Office. Report to Pretrial Services 1 x wk by phone, 1 x mo
                 in person. Report re counsel set for 11:00 2/15/00 for
                 David G. Tracy; Arraignment set for 11:00 2/15/00 for David
                 G. Tracy before Magistrate Barry S. Seltzer, ,  (Signed
                 by Ch. Magistrate Judge Lurana S. Snow on 2/8/00) Tape #
                 00-008 CCAP (ss) [Entry date 02/10/00]
```

Proceedings include all events.                                         LSS
0:00cr6028-ALL USA v. Tracy                                    CLOSED INTAPP

Vol. 1 Cont.

| Date | # | Description |
|---|---|---|
| 2/8/00 | 10 | ORDER as to David G. Tracy to Set Bond   Bond reset to $75,000 Personal Surety for David G. Tracy. Surrender all passports and travel documents to the Pretrial Services Office by noon on 2/9/00. Report to Pretrial Services 1 x wk by phone, 1 x mo in person (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/8/00) CCAP [EOD Date: 2/10/00] CCAP❋ (ss) [Entry date 02/10/00] |
| 2/9/00 | 5 | Arrest WARRANT Returned Executed as to David G. Tracy on 2/8/00 (ss) [Entry date 02/09/00] |
| 2/11/00 | 11 | MOTION by David G. Tracy to dismiss/quash counts I, II and III with prejudice (ss) [Entry date 02/14/00] |
| 2/11/00 | 12 | NOTICE with brief in support of choice of non-lawyer legal assistant in assisting defendant by David G. Tracy (ss) [Entry date 02/14/00] |
| 2/14/00 | 13 | ORDER as to David G. Tracy denying [11-1] motion to dismiss/quash counts I, II and III with prejudice (See Order) (Signed by Judge William P. Dimitrouleas on 2/14/00) CCAP [EOD Date: 2/15/00] CCAP❋ (ss) [Entry date 02/15/00] |
| 2/15/00 | 14 | Minute of Inquiry re Counsel/Arraignment held on 2/15/00 before Magistrate Barry S. Seltzer as to David G. Tracy; Inquiry Re Counsel/Arraignment 2/29/00 at 11:00; Court Reporter Name or Tape #: 00-013 @ 1144-1608 (ss) [Entry date 02/18/00] |
| 2/15/00 | -- | Inquiry Re Counsel as to David G. Tracy held (ss) [Entry date 02/18/00] |
| 2/29/00 | 15 | Minute of Inquiry Re Counsel/Arraignment held on 2/29/00 before Ch. Magistrate Judge Lurana S. Snow as to David G. Tracy; Court Reporter Name or Tape #: 00-010 @ 1690-1908 (ss) [Entry date 03/01/00] |
| 2/29/00 | -- | Inquiry Re Counsel as to David G. Tracy held (ss) [Entry date 03/01/00] |
| 2/29/00 | 16 | ARRAIGNMENT INFORMATION SHEET for David G. Tracy (1) count(s) 1-3 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 03/01/00] |
| 2/29/00 | 17 | STANDING DISCOVERY ORDER as to David G. Tracy all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/29/00) Tape # 00-010 CCAP (ss) [Entry date 03/01/00] |
| 2/29/00 | 18 | ORDER RE: STATUS CONFERENCE, Speedy Trial and Pretrial Matters as to David G. Tracy (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/29/00) CCAP [EOD Date: 3/1/00] CCAP (ss) [Entry date 03/01/00] |

Docket as of November 6, 2000 11:37 am                       Page 4

```
Proceedings include all events.                                          LSS
0:00cr6028-ALL USA v. Tracy                                   CLOSED INTAPP
                                                    vol 1 Cont
2/29/00  (19)    NOTICE of Hearing as to David G. Tracy: Set status re:
                 counsel for 11:30 3/10/00 for David G. Tracy before Judge
                 William P. Dimitrouleas (ss) [Entry date 03/01/00]

2/29/00  (20)    NOTICE of Hearing as to David G. Tracy: Set Jury trial for
                 9:00 4/3/00 for David G. Tracy before Judge William P.
                 Dimitrouleas, Set calendar call for 9:00 3/31/00 for
                 David G. Tracy before Judge William P. Dimitrouleas (ss)
                 [Entry date 03/01/00]

3/8/00   (21)    RESPONSE to Standing Discovery Order by USA  as to David G.
                 Tracy (ss) [Entry date 03/09/00]

3/10/00   22     Minute of Inquiry Re: Counsel held on 3/10/00 before Judge
                 William P. Dimitrouleas as to David G. Tracy; Court
                 Reporter Name or Tape #: Bob Ryckoff (ss)
                 [Entry date 03/13/00]

3/10/00   --     Inquiry Re Counsel as to David G. Tracy held (ss)
                 [Entry date 03/13/00]

3/10/00  (23)    ORDER as to David G. Tracy holding defendant in contempt.
                 Sentencing defendant to three months in prison (see Order)
                 (Signed by Judge William P. Dimitrouleas on 3/10/00) CCAP
                 [EOD Date: 3/13/00] CCAP* (ss) [Entry date 03/13/00]

3/13/00  (24)    ORDER as to David G. Tracy releasing defendant from the
                 custody of the US Marshal's Service; Appointing Steven
                 Kreisberg to represent the defendant (Signed by Judge
                 William P. Dimitrouleas on 3/13/00) CCAP [EOD Date:
                 3/14/00] CCAP* (ss) [Entry date 03/14/00]

3/14/00  (25)    CJA 20 as to David G. Tracy: Appointment of Attorney Steven
                 Kreisberg, Esq. (Signed by Judge William P. Dimitrouleas on
                 3/14/00 nunc pro tunc 3/13/00) (ss) [Entry date 03/15/00]

3/24/00  (26)    JOINT MOTION by USA as to David G. Tracy for continuance
                 of trial (ss) [Entry date 03/27/00]

3/27/00  (27)    ORDER as to David G. Tracy denying without prejudice [26-1]
                 motion for continuance of trial (Signed by Judge William P.
                 Dimitrouleas on 3/27/00) CCAP [EOD Date: 3/28/00] CCAP* (ss)
                 [Entry date 03/28/00]

3/28/00  (28)    MOTION by David G. Tracy to dismiss fatally defective
                 indictment (ss) [Entry date 03/28/00]

3/28/00   29     TRANSCRIPT filed as to David G. Tracy of Hearing held
                 3/10/00 before Judge William P. Dimitrouleas Volume #: I
                 Pages: 1 through 8 (ss) [Entry date 03/28/00]
                                                                    vol. 5
```

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                              CLOSED INTAPP
```

| | | |
|---|---|---|
| 3/30/00 | (30) | ORDER as to David G. Tracy denying request for oral argument; denying [28-1] motion to dismiss fatally defective indictment as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 3/30/00) CCAP [EOD Date: 3/31/00] CCAP※ (ss) [Entry date 03/31/00] |
| 3/30/00 | (31) | MOTION by David G. Tracy for stay pending review (ss) [Entry date 03/31/00] |
| 3/31/00 | (32) | Minute of Calendar Call/Status Conference held on 3/31/00 before Judge William P. Dimitrouleas as to David G. Tracy; Calendar Call 5/12/00 at 9:00; Trial Period 5/15/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 04/03/00] |
| 3/31/00 | -- | Status conference as to David G. Tracy held (ss) [Entry date 04/03/00] |
| 3/31/00 | (33) | ORDER as to David G. Tracy denying [31-1] motion for stay pending review as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 3/31/00) CCAP [EOD Date: 4/3/00] CCAP※ (ss) [Entry date 04/03/00] |
| 3/31/00 | (34) | ORDER as to David G. Tracy granting joint motion to continue: Reset Jury trial for 9:00 5/15/00 for David G. Tracy before Judge William P. Dimitrouleas, Reset calendar call for 9:00 5/12/00 for David G. Tracy before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 3/31/00) CCAP [EOD Date: 4/3/00] CCAP※ (ss) [Entry date 04/03/00] |
| 4/3/00 | (35) | MOTION by David G. Tracy for reconsideration of [30-1] order (ss) [Entry date 04/04/00] |
| 4/4/00 | (36) | ORDER as to David G. Tracy denying [35-1] motion for reconsideration of [30-1] order as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 4/4/00) CCAP [EOD Date: 4/6/00] CCAP※ (mh) [Entry date 04/06/00] |
| 4/13/00 | (37) | NOTICE OF INTERLOCUTORY APPEAL by David G. Tracy re: [36-1] order, [30-1] order EOD Date: 4/6/00; Filing Fee: $ 105.00; Receipt #: 519098; Copies to USCA, AUSA, USM, USPTS and Counsel of Record. (gf) [Entry date 04/13/00] |
| 4/13/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to David G. Tracy [37-1] appeal (gf) [Entry date 04/13/00] |
| 4/17/00 | (38) | TRANSCRIPT INFORMATION FORM as to David G. Tracy re: [37-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 04/19/00] |

```
Proceedings include all events.                                          LSS
0:00cr6028-ALL USA v. Tracy                                    CLOSED INTAPP
```

| Date | Doc # | Description |
|---|---|---|
| 4/24/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to David G. Tracy Re: [37-1] appeal USCA Number: 00-11936-D (dl) [Entry date 04/27/00] |
| 5/3/00 | 39 | MOTION by David G. Tracy to quash indictment, and/or to plea in abatement (ss) [Entry date 05/04/00] |
| 5/4/00 | 40 | ORDER as to David G. Tracy [39-1] motion to quash indictment defer ruling for five days, [39-2] motion to plea in abatement defer ruling for five days (Signed by Judge William P. Dimitrouleas on 5/4/00) CCAP [EOD Date: 5/5/00] CCAP (ss) [Entry date 05/05/00] |
| 5/9/00 | 41 | MOTION by David G. Tracy to stay proceedings (ss) [Entry date 05/10/00] |
| 5/10/00 | 42 | ORDER as to David G. Tracy denying [41-1] motion to stay proceedings (Signed by Judge William P. Dimitrouleas on 5/10/00) CCAP [EOD Date: 5/11/00] CCAP (ss) [Entry date 05/11/00] |
| 5/12/00 | 43 | MOTION by USA as to David G. Tracy to bring electronic equipment into Courtroom (ss) [Entry date 05/12/00] |
| 5/12/00 | 44 | Minute of Calendar Call/Status Conference held on 5/12/00 before Judge William P. Dimitrouleas as to David G. Tracy; Jury Selection & Trial Day 1 5/15/00 at 1:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/15/00] |
| 5/12/00 | -- | Calendar call as to David G. Tracy held (ss) [Entry date 05/15/00] |
| 5/12/00 | 45 | ORDER as to David G. Tracy denying [39-1] motion to quash indictment as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 5/12/00) CCAP [EOD Date: 5/15/00] CCAP (ss) [Entry date 05/15/00] |
| 5/12/00 | 46 | ORDER as to David G. Tracy granting [43-1] motion to bring electronic equipment into Courtroom as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 5/12/00) CCAP [EOD Date: 5/15/00] CCAP (ss) [Entry date 05/15/00] |
| 5/15/00 | 47 | Proposed Voir Dire Questions by USA as to David G. Tracy (ss) [Entry date 05/15/00] |
| 5/15/00 | 48 | BRIEF on admissibility of notices and other evidence that defendant willfully violated his legal obligation to properly file his income tax returns and pay income tax by USA as to David G. Tracy (ss) [Entry date 05/15/00] |
| 5/15/00 | 49 | Proposed Voir Dire Questions by David G. Tracy (ss) [Entry date 05/16/00] |

```
Proceedings include all events.                                          LSS
0:00cr6028-ALL USA v. Tracy                      √d \Conf CLOSED INTAPP

5/16/00  (50)   Minute of Jury Selection & Trial Day 1 held on 5/15/00
                before Judge William P. Dimitrouleas as to David G. Tracy;
                Day 2 5/16/00 at 2:00; Court Reporter Name or Tape #: Bob
                Ryckoff (ss) [Entry date 05/17/00]

5/16/00   --    Voir dire begun as to David G. Tracy (1) count(s) 1-3 (ss)
                [Entry date 05/17/00]

5/16/00   --    Jury trial as to David G. Tracy held (ss)
                [Entry date 05/17/00]

5/16/00  (51)   MOTION by David G. Tracy to dismiss action (ss)
                [Entry date 05/18/00]

5/17/00  (52)   REQUESTED Jury Instructions by David G. Tracy (ss)
                [Entry date 05/18/00]

5/17/00  (53)   Minutes of Trial Day 3 held on 5/17/00 before Judge William
                P. Dimitrouleas as to David G. Tracy; Day 4 5/18/00 at 1:00;
                 Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 05/18/00]

5/17/00   --    Jury trial as to David G. Tracy held (ss)
                [Entry date 05/18/00]

5/18/00  (55)   Minutes of Jury Trial Day 5 held on 5/18/00 before Judge
                William P. Dimitrouleas as to David G. Tracy; Day 5 5/19/00
                at 1:30; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 05/19/00]

5/18/00   --    Jury trial as to David G. Tracy held (ss)
                [Entry date 05/19/00]

5/19/00  (54)   OBJECTION by USA as to David G. Tracy to [52-1] jury
                instruction on good faith reliance on counsel (ss)
                [Entry date 05/19/00]

5/19/00  (56)   ORDER as to David G. Tracy denying [51-1] motion to dismiss
                action as to David G. Tracy (1) (Signed by Judge William P.
                Dimitrouleas on 5/19/00) CCAP [EOD Date: 5/19/00] CCAP* (ss)
                [Entry date 05/19/00]

5/19/00  (57)   MOTION by David G. Tracy to dismiss the instant action,
                and quash the indictment (ss) [Entry date 05/22/00]

5/19/00  (58)   Minutes of Jury Trial Day 5 held on 5/19/00 before Judge
                William P. Dimitrouleas as to David G. Tracy; Day 6 5/23/00
                at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 05/22/00]

5/19/00   --    Jury trial as to David G. Tracy held (ss)
                [Entry date 05/22/00]
```

End. vol

```
Proceedings include all events.                                              LSS
0:00cr6028-ALL USA v. Tracy                        Beg. Vol 2  CLOSED INTAPP
```

| Date | # | Entry |
|---|---|---|
| 5/22/00 | (59) | ORDER as to David G. Tracy denying [57-1] motion to dismiss the instant action as to David G. Tracy (1), denying [57-2] motion to quash the indictment as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 5/22/00) CCAP [EOD Date: 5/23/00] CCAP (ss) [Entry date 05/23/00] |
| 5/23/00 | (60) | Minutes of Jury Trial Day 6 held on 5/23/00 before Judge William P. Dimitrouleas as to David G. Tracy; Day 7 5/25/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/24/00] |
| 5/23/00 | -- | Jury trial as to David G. Tracy held (ss) [Entry date 05/24/00] |
| 5/25/00 | (61) | Minutes of Jury Trial Day 7 held on 5/25/00 before Judge William P. Dimitrouleas as to David G. Tracy; Day 8 5/26/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/30/00] |
| 5/25/00 | -- | Jury trial as to David G. Tracy held (ss) [Entry date 05/30/00] |
| 5/26/00 | (62) | Minutes of Jury Trial Day 8 held on 5/26/00 before Judge William P. Dimitrouleas as to David G. Tracy; Day 9 5/31/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/30/00] |
| 5/26/00 | -- | Jury trial as to David G. Tracy held (ss) [Entry date 05/30/00] |
| 5/31/00 | (63) | Minutes of Jury Trial Day 9 held on 5/31/00 before Judge William P. Dimitrouleas as to David G. Tracy; Day 10 6/1/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/02/00] |
| 5/31/00 | -- | Jury trial as to David G. Tracy held (ss) [Entry date 06/02/00] |
| 6/1/00 | (64) | Court's Jury instructions as to David G. Tracy (ss) [Entry date 06/02/00] |
| 6/1/00 | (65) | Proposed Jury Instructions as to David G. Tracy (ss) [Entry date 06/02/00] |
| 6/1/00 | (66) | Minutes of Jury Trial Day 10 held on 6/1/00 before Judge William P. Dimitrouleas as to David G. Tracy; Declaring Mistrial David G. Tracy (1) count(s) 2; Sentencing 8/18/00 at 10:30 (as to count 3); Calendar Call 6/9/00 at 9:00 (as to count 2); 2 Week trial period 6/12/00 at 9:00 (as to count 2) Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/02/00] |
| 6/1/00 | (67) | Exhibit and Witness List as to David G. Tracy (ss) [Entry date 06/02/00] |

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                              CLOSED INTAPP
```

```
6/1/00   68    Jury notes and Court's answers as to David G. Tracy (ss)
                [Entry date 06/02/00]

6/1/00   69    JURY VERDICT as to David G. Tracy Not Guilty: David G.
                Tracy (1) count(s) 1, Guilty: David G. Tracy (1) count(s)
                3 (ss) [Entry date 06/02/00]

6/1/00   70    Release of exhibits as to David G. Tracy Released to: AUSA
                Matthew Menchel to return to defendant (ss)
                [Entry date 06/02/00]

6/1/00   71    Release of exhibits as to David G. Tracy Released to:
                Matthew Menchel (ss) [Entry date 06/02/00]

6/1/00   72    NOTICE of Hearing as to David G. Tracy: Setting Sentencing
                for 10:30 8/18/00 for David G. Tracy before Judge William
                P. Dimitrouleas (ss) [Entry date 06/02/00]

6/5/00   73    ORDER as to David G. Tracy denying writ of habeas corpus
                (Signed by Judge William P. Dimitrouleas on 6/5/00) CCAP
                [EOD Date: 6/6/00] CCAP% (ss) [Entry date 06/06/00]

6/8/00   74    Minutes of Calendar Call/Status Conference held on 6/8/00
                before Judge William P. Dimitrouleas as to David G. Tracy;
                Court Reporter Name or Tape #: Bob Ryckoff (ss)
                [Entry date 06/08/00]

6/8/00   --    Calendar call as to David G. Tracy held (ss)
                [Entry date 06/08/00]

6/8/00   75    ORDER as to David G. Tracy Dismissing Count II (Signed by
                Judge William P. Dimitrouleas on 6/8/00) CCAP [EOD Date:
                6/8/00] CCAP% (ss) [Entry date 06/08/00]

6/8/00   --    DISMISSAL of Count(s) on Government Motion as to David G.
                Tracy Terminated motions: Counts Dismissed: David G. Tracy
                (1) count(s) 2 (ss) [Entry date 06/08/00]

6/8/00   76    ORDER as to David G. Tracy stating Steven Kreisberg shall
                remain as counsel of record (see Order) (Signed by Judge
                William P. Dimitrouleas on 6/8/00) CCAP [EOD Date: 6/8/00]
                CCAP% (ss) [Entry date 06/08/00]

6/9/00   77    NOTICE OF INTERLOCUTORY APPEAL by David G. Tracy re: [69-2]
                Guilty Verdict, EOD Date: 6/1/00; Filing Fee: $ 105.00;
                Receipt #: 519615; Copies to USCA, AUSA, USM, USPTS and
                Counsel of Record. (gf) [Entry date 06/09/00]

6/9/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to David G. Tracy [77-1] appeal (gf)
                [Entry date 06/09/00]
```

```
Proceedings include all events.                                          LSS
0:00cr6028-ALL USA v. Tracy                                    CLOSED INTAPP
```

| Date | # | Entry |
|---|---|---|
| 6/9/00 | 78 | ORDER of dismissal from USCA (certified copy) by David G. Tracy dismissing [37-1] appeal for want of prosecution because appellant failed to file an appellant's brief and record excerpts within the time fixed by the rules. USCA #: 00-11936-DD USCA Order Date: 6/7/00 (gf) [Entry date 06/13/00] |
| 6/15/00 | 79 | MOTION by David G. Tracy for release pending sentencing and/or appeal from custody (ss) [Entry date 06/16/00] |
| 6/15/00 | 80 | ORDER as to David G. Tracy [79-1] motion for release pending sentencing and/or appeal from custody defer ruling for five days (Signed by Judge William P. Dimitrouleas on 6/15/00) CCAP [EOD Date: 6/16/00] CCAP❊ (ss) [Entry date 06/16/00] |
| 6/19/00 | 81 | MOTION with Memorandum in Support by David G. Tracy for release pending sentencing (ss) [Entry date 06/19/00] |
| 6/19/00 | 82 | ORDER as to David G. Tracy [81-1] motion for release pending sentencing defer ruling for five days (Signed by Judge William P. Dimitrouleas on 6/19/00) CCAP [EOD Date: 6/20/00] CCAP❊ (ss) [Entry date 06/20/00] |
| 6/19/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to David G. Tracy Re: [77-1] appeal USCA Number: 00-13051-I (dl) [Entry date 06/21/00] |
| 6/21/00 | 83 | RESPONSE by USA as to David G. Tracy re [79-1] motion for release pending sentencing and/or appeal from custody, [81-1] motion for release pending sentencing (ss) [Entry date 06/22/00] |
| 6/22/00 | 84 | ORDER as to David G. Tracy denying [81-1] motion for release pending sentencing as to David G. Tracy (1), denying [79-1] motion for release pending sentencing and/or appeal from custody as to David G. Tracy (1) (Signed by Judge William P. Dimitrouleas on 6/22/00) CCAP [EOD Date: 6/23/00] CCAP❊ (ss) [Entry date 06/23/00] |
| 7/27/00 | 85 | OBJECTIONS and Clarifications with memorandum in support by David G. Tracy to Presentence Investigation Report (ss) [Entry date 07/28/00] |
| 8/17/00 | 86 | NOTICE of filing extraordinary work record, community service and service to Country by David G. Tracy (ss) [Entry date 08/17/00] |
| 8/17/00 | 87 | Rescission of pre-sentence agreement by David G. Tracy (ss) [Entry date 08/17/00] |
| 8/18/00 | 88 | Minutes of Sentencing held on 8/18/00 before Judge William P. Dimitrouleas as to David G. Tracy; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 08/18/00] |

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                              CLOSED INTAPP
```
vol. 2 cont.

```
8/18/00   --       Sentencing held David G. Tracy (1) count(s) 3 (ss)
                   [Entry date 08/22/00]

8/21/00   (89)     JUDGMENT as to David G. Tracy (1) count(s) 3. Imprisonment
                   18 months; Supervised Release 36 months; Assessment $100.00;
                   count(s) 2. Dismissed (Signed by Judge William P.
                   Dimitrouleas on 8/21/00) CCAP [EOD Date: 8/22/00] CCAP (ss)
                   [Entry date 08/22/00]

8/25/00   (90)     OBJECTION by USA to Presentence Investigation Report as to
                   David G. Tracy (ss) [Entry date 08/25/00]

9/7/00    (91)     TRANSCRIPT INFORMATION FORM as to David G. Tracy re:
                   [77-1] appeal received. (Forwarded to Court Reporter
                   Coordinator) (gf) [Entry date 09/08/00]

9/18/00   (92)     Appeal Information Sheet as to David G. Tracy  re: [77-1]
                   appeal Transcript due 10/15/00 for David G. Tracy (gf)
                   [Entry date 09/19/00]

9/25/00   93       TRANSCRIPT filed as to David G. Tracy  of Inquiry re:
                   Counsel held 2/15/00  before Magistrate Judge Barry S.
                   Seltzer Volume #: 1  Pages: 1-13  re: [77-1] appeal .
                   Appeal record due on 10/10/00 for David G. Tracy (gf)
                   [Entry date 09/26/00]
                                                                   vol. 3
9/25/00   94       TRANSCRIPT filed as to David G. Tracy  of Inquiry re:
                   Counsel held 2/29/00  before Magistrate Judge Lurana S.
                   Snow Volume #: 1  Pages: 1-7  re: [77-1] appeal . Appeal
                   record due on 10/10/00 for David G. Tracy (gf)
                   [Entry date 09/26/00]
                                                                   vol. 4
10/5/00   (95)     Judgment Returned Executed as to David G. Tracy on 9/27/00
                   at Federal Prison Camp, Pensacola, FL (ss)
                   [Entry date 10/05/00]

10/30/00  96       TRANSCRIPT EXCERPT filed as to David G. Tracy  of Trial
                   Proceedings held 5/15/00  before Judge William P.
                   Dimitrouleas  Volume #: 1  Pages: 1-46  re: [77-1] appeal .
                   Appeal record due on 11/14/00 for David G. Tracy (gf)
                   [Entry date 10/30/00] [Edit date 10/30/00]
                                                                   vol. 6
10/30/00  97       TRANSCRIPT filed as to David G. Tracy  of Trial Proceedings
                   held 5/16/00  before Judge William P. Dimitrouleas  Volume
                   #: 2  Pages: 1-113  re: [77-1] appeal . Appeal record due
                   on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00]
                                                                   vol. 7
10/30/00  98       TRANSCRIPT filed as to David G. Tracy  of Trial Proceedings
                   held 5/17/00  before Judge William P. Dimitrouleas  Volume
                   #: 3  Pages: 1-210  re: [77-1] appeal . Appeal record due
                   on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00]
                                                                   vol. 8
```

```
Proceedings include all events.                                    LSS
0:00cr6028-ALL USA v. Tracy                                CLOSED INTAPP
```

| | | |
|---|---|---|
| 10/30/00 99 | TRANSCRIPT filed as to David G. Tracy of Trial Proceedings held 5/18/00 before Judge William P. Dimitrouleas Volume #: 4 Pages: 1-156 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 9 |
| 10/30/00 100 | TRANSCRIPT filed as to David G. Tracy of Trial Proceedings held 5/19/00 before Judge William P. Dimitrouleas Volume #: 5 Pages: 1-69 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 10 |
| 10/30/00 101 | TRANSCRIPT filed as to David G. Tracy of Trial Proceedings held 5/23/00 before Judge William P. Dimitrouleas Volume #: 6 Pages: 1-16 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 11 |
| 10/30/00 102 | TRANSCRIPT filed as to David G. Tracy of Trial Proceedings held 5/25/00 before Judge William P. Dimitrouleas Volume #: 7 Pages: 1-11 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 12 |
| 10/30/00 103 | TRANSCRIPT EXCERPT filed as to David G. Tracy of Trial Proceedings held 5/26/00 before Judge William P. Dimitrouleas Volume #: 8 Pages: 1-10 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 13 |
| 10/30/00 104 | TRANSCRIPT EXCERPT filed as to David G. Tracy of Trial Proceedings held 5/31/00 before Judge William P. Dimitrouleas Volume #: 9 Pages: 1-11 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 14 |
| 10/30/00 105 | TRANSCRIPT filed as to David G. Tracy of Trial Proceedings held 6/1/00 before Judge William P. Dimitrouleas Volume #: 10 Pages: 1-13 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 15 |
| 10/30/00 106 | TRANSCRIPT filed as to David G. Tracy of Sentencing Hearing held 8/18/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1-46 re: [77-1] appeal . Appeal record due on 11/14/00 for David G. Tracy (gf) [Entry date 10/30/00] | Vol 16 |
| 11/6/00 107 | Certificate of readiness transmitted to USCA as to David G. Tracy re: [77-1] appeal by David G. Tracy USCA # 00-11936-D (dl) [Entry date 11/06/00] | End vol 2 |