**CJA 24 (REV. 7/95) AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT**

| VOUCHER NO. | FLST2000524 |
|---|---|
| PAID BY | 11/08/00 GV |

| 1. JURISDICTION | 1 ☐ MAG. JUDGE   2 ☒ DISTRICT   3 ☐ APPEALS   4 ☐ OTHER | 2. MAG. JUDGE DOCKET NO. |
|---|---|---|
| 3. DISTRICT DOCKETING NO. 00-6028-CR-DIMIT. | 4. APPEALS DOCKET NO. 00-13051-I | 5. FOR (DISTRICT/CIRCUIT) S.D. FL. |

ACCTG. CLASS. NOS. returned 11/8/00 MI

6. IN THE CASE OF: USA vs. DAVID G. TRACY
7. PERSON REPRESENTED: DAVID TRACY -- APPELLANT/DEFT
8. LOCATION/ORGANIZATION CODE: FLSFL
DATE PAID: 11/8/00 MI

9. PROCEEDINGS IN WHICH TRANSCRIPT IS TO BE USED (DESCRIBE BRIEFLY)
APPEAL TO 11TH CIRCUIT    AIS attached

10. PROCEEDINGS TO BE TRANSCRIBED (DESCRIBE SPECIFICALLY)
NOTE: Trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire, or jury instructions, unless specifically authorized by the Court (see Box 13C)
INQUIRY RE COUNSEL, PRO SE MOTION TO DISMISS, TRIAL (INCLUDING OPENING + CLOSING ARGUMENTS, JURY INSTRUCTIONS + JURY QUESTIONS), + SENTENCING HEARING

11. ATTORNEY'S STATEMENT
Steven E. Kreisberg  9/1/00
STEVEN E. KREISBERG  305-442-4333
3 ☒ PANEL ATTORNEY

12. COURT ORDER
[signature] 9/8/00

13. SPECIAL AUTHORIZATIONS

A. Apportion ___ % of transcript with ___
B. ☐ Expedited  ☐ Daily  ☐ Hourly Transcript
C. ☒ Prosecution Opening Statement  ☒ Prosecution Argument  ☒ Prosecution Rebuttal
   ☒ Defense Opening Statement  ☒ Defense Argument  ☐ Voir Dire  ☒ Jury Instructions
D. ☐ In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under Criminal Justice Act.

14. JUDGE'S INITIALS: WPD

**CLAIM FOR SERVICES**

15. COURT REPORTER/TRANSCRIBER STATUS: ☒ Official  ☐ Contract  ☐ Transcriber  ☐ Other
16. FULL NAME OF PAYEE: ROBERT RYCKOFF
17. SOCIAL SECURITY OR EMPLOYER ID. NO. OF PAYEE: 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
18. PAYEE'S ADDRESS: 299 E. Broward Blvd., Ft. Lauderdale, Fl. 33301
19. TELEPHONE NO: (954) 769-5657

| 20. TRANSCRIPT | INCLUDE PG. NOS. | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | DED. AMT. APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| A. Original | 1-76, 1-244, 1-207, 1-128, 1-60, 1-75, 1-101, 1-91, 1-417B, 1-45 | 696 | $3.00 | $2088.00 | $ | $2088.00 |
| B. Copy | | | $ | $ | $ | $ |
| C. Expenses (Itemize): filed 10/30/00 | | | | | | $ |

21. CLAIMANT'S CERTIFICATION: Robert Ryckoff  10-30-00
22. CERTIFICATION OF ATTORNEY OR CLERK: [signature] McKinney  11-1-00
23. TOTAL CLAIMED: $2088.00

24. APPROVED FOR PAYMENT: [signature] 10/30/00
25. AMT. APPROVED: $2088.00