UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID TRACY,

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.

_____/

CASE NO. 01-6002-CIV-DIMITROULEAS
(00-6028-CR-DIMITROULEAS)



## ORDER VACATING REFERENCE TO MAGISTRATE

THIS CAUSE having been heard upon the Court's own motion and the Court noting that Judge Sorrentino has been assigned by the Clerk, said assignment is vacated in that this collateral attack stems from a criminal case handled by the undersigned. Therefore, it would be a waste of judicial resources to utilize the services of a magistrate on this case. The reference is withdrawn.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ⎯⎯ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy, #55191-004
F.P.C.
110 Raby Avenue
Pensacola, FL 32509

Honorable Charlene Sorrentino, US Magistrate Judge

Sharon Madeiras, AUSA

