

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL  33301

January 17, 2001

RE: 00-13051-II     USA v. David G. Tracy
DC DKT NO.: 00-06028 CR-WPD

TO:  Clarence Maddox

CC:  Steven E. Kreisberg

CC:  Anne R. Schultz

CC:  Matthew I. Menchel

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

January 17, 2001



Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-13051-II     USA v. David G. Tracy
DC DKT NO.: 00-06028 CR-WPD

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Debbie Cordell (404) 335-6166

Encl.

DIS-3 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 00-13051-II

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DAVID G. TRACY,

Defendant-Appellant.

Appeal from the United States District Court for the
Southern District of Florida

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 17 2001
THOMAS K. KAHN
CLERK

FILED by _____ D.C.
DKTG
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 17th day of January, 2001.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Debbie Cordell
Deputy Clerk

FOR THE COURT - BY DIRECTION

A True Copy = Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: *Debbie Cordell*
Deputy Clerk
Atlanta, Georgia

ORD-50