UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID TRACY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 01-6167-CIV-DIMITROULEAS
00-6028-CR-DIMITROULEAS

### ORDER VACATING REFERENCE TO MAGISTRATE

THIS CAUSE having been heard upon the Court's own motion and the Court notes that the Clerk has administratively assigned this case to Magistrate Judge Sorrentino, but that this collateral attack stems from a criminal case handled by the undersigned. Therefore, it would be a waste of judicial resources to utilize the services of a magistrate on this case. The reference is withdrawn.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

David Tracy, #55191-004
FDC - Pensacola
110 Raby Avenue
Pensacola, FL 32509-5127

Honorable Charlene Sorrentino, US Magistrate Judge

Office of the U.S. Attorney