UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID TRACY,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

CASE NO. 01-6167-CIV-DIMITROULEAS
(00-6028-CR-DIMITROULEAS)

### ORDER REQUESTING RESPONSE

THIS CAUSE having been heard upon the Petitioner's (Tracy) February 7, 2001, Verified Motion For Writ of Habeas Corpus, the Court will defer ruling for ten (10) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 20 day of February, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy, #55191-004
F.P.C.
110 Raby Avenue
Pensacola, FL 32509

Matthew Menchel, AUSA

