UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID TRACY,  CASE NO. 01-6167-CIV-DIMITROULEAS
(00-6028-CR-DIMITROULEAS)

Petitioner,

vs.

UNITED STATES OF AMERICA,

Respondent.
_____/

FILED by ___ D.C.
MAR 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING RECONSIDERATION

THIS CAUSE having been heard upon the Petitioner's (Tracy) March 26, 2001 Motion For Reconsideration, it is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 27 day of March, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

David Tracy, #55191-004
c/o F.P.C.
110 Raby Avenue
Pensacola, FL 32509-5127

Matthew Menchel, AUSA

